POLICE DEPARTMENT
CITY OF NEW YORK

| | |
|---|---|
| **MEMORANDUM:** | CAREER ADVANCEMENT REVIEW BOARD |
| **SUBJECT:** | **CANDIDATE FOR PROMOTION TO SERGEANT**<br>**POLICE OFFICER KEVIN KAVANAGH, TAX#** ▮▮▮▮<br>**COMMAND: HOUSING BRONX/QUEENS**<br>**EXAM# 6513, LIST# 0199** |
| **Appointed:** | February 29, 2000 |
| **Assignments:** | February 29, 2000 – Police Academy<br>October 25, 2000 – Manhattan Traffic Task Force<br>January 1, 2001 – Police Service Area 2<br>September 7, 2005 – Housing Brooklyn<br>October 17, 2006 – Housing Brooklyn Instant Response Team<br>September 3, 2007 – Housing Brooklyn Instant Response Team (Suspended)<br>September 13, 2007 – Housing Brooklyn Instant Response Team (Modified)<br>May 3, 2008 – Housing Bronx/Queens (Modified) |
| **Department Recognition:** | Excellent Police Duty    005 |

**Reason for CARB:**

(1) **LEVEL II – DISCIPLINE MONITORING:**

Police Officer Kevin Kavanagh was placed in Level II – Discipline Monitoring on December 10, 2007, as a result of his disciplinary history. He is expected to complete monitoring on June 10, 2009.

(2) **CHARGES AND SPECIFICATIONS #83372/07:**

On September 3, 2007, Police Officer Kevin Kavanagh, while off duty, attended a barbeque with friends where he consumed alcoholic beverages. Mr. C▮▮▮▮ R▮▮, the complainant stated he was standing outside his residence and overheard several people shouting at Police Officer Kavanagh. Mr. R▮▮ said the people were telling Police Officer Kavanagh not to drive his car because he was intoxicated. Mr. R▮▮ approached Police Officer Kavanagh in his vehicle in an attempt to prevent Police Officer Kavanagh from driving his vehicle at which point Police Officer Kavanagh got out of his vehicle and grabbed Mr. R▮▮ by his tie. Police Officer Kavanagh swung his asp hitting Mr. R▮▮ in the

head and yelled "I'm in the NYPD and I can do whatever I want." Mr. Respol called 911 for police assistance.

Sergeant L███ 109th Precinct, arrived and observed Police Officer Kavanagh with blood shot eyes, slurred speech and a smell of alcohol on his breath. Sergeant L███ said Police Officer Kavanagh was trying to find the keys to his vehicle which was not running. Sergeant L███ also noticed a puddle of vomit outside of Police Officer Kavanagh's vehicle. EMS was called to the scene for Mr. R███ who refused medical treatment. Mr. R███ also declined to press criminal charges but wanted Police Officer Kavanagh to be "scolded."

Police Officer Kavanagh was charged with harassing and striking a person in the head with an ASP baton while being unfit for duty.

Police Officer Kavanagh was placed on Modified Assignment September 13, 2007.

**DISPOSITION: POLICE OFFICER KEVIN KAVANAGH PLED GUILTY. HE FORFEITED ALL TIME, PAY, AND BENEFITS FOR THE PERIOD WHILE UNDER SUSPENSION FOR A TOTAL OF TEN DAYS. IN ADDITION, HE FORFEITED TWENTY VACATION DAYS, FOR A COMBINED TOTAL OF THIRTY PENALTY DAYS. POLICE OFFICER KAVANAGH ALSO AGREED TO ATTEND ANY AND ALL COUNSELING PROGRAMS AS DETERMINED BY THE DEPARTMENT.**

| | |
|---|---|
| **Sick:** | Since **2000**, Police Officer Kevin Kavanagh has reported sick on **01** occasion for a total of **30** days of which **00** times have been designated as line of duty for a total of **00** days. He averages **3.36** days per year non-line of duty and **0.00** days line of duty per year. |
| **Performance Evaluations:** | Annual 2007     Above Competent<br>Annual 2006     Above Competent<br>Annual 2005     Above Competent |
| **Education:** | Eligible |
| **Total Arrests:** | 117 |
| **Disciplinary Record:** | See Attached |