**POLICE DEPARTMENT
CITY OF NEW YORK**


January 8, 2009


From:      Assistant Commissioner, Employee Management Division

To:        Chief of Personnel

Subject:   **CAREER ADVANCEMENT REVIEW BOARD
           RECOMMENDATIONS**


1.     The attached communication is forwarded for your approval.


Arnold S. Wechsler
Assistant Commissioner
Employee Management Division


ASW/DGJ/mmp

**POLICE DEPARTMENT
CITY OF NEW YORK**

January 8, 2009

From:       Chief of Personnel

To:          First Deputy Commissioner

Subject:    **CAREER ADVANCEMENT REVIEW BOARD
RECOMMENDATIONS**

1.       On Wednesday, January 7, 2009,  the Career Advancement Review
Board convened to determine the suitability of two uniformed members of the service
for promotion.

2.       The board consisted of the following members of the service:

Chief Rafael Pineiro
Chief of Personnel

Chief Robert Giannelli
Chief of Patrol

Chief Anthony Izzo
Chief of Organized Crime Control

FEB 1 2 2009

3.       Based on a personal interview with the candidate and review of his
employment record, the board voted unanimously **TO PROMOTE** the following
member of the service.

Promotion to the rank of Sergeant:

| Exam# | List# | Rank | Name | Tax# | Reason |
|-------|-------|------|------|------|--------|
| 6513 | 0199 | PO | Kevin Kavanagh | ▮ | Discipline |

4.     Based on a personal interview with the candidate and review of his employment record, the board voted two to one **TO PROMOTE** the following member of the service.

Promotion to the rank of Sergeant:



| Exam# | List# | Rank | Name | Tax# | Reason |
|-------|-------|------|------|------|--------|
| ██ | ██ | ██ | ████ | ██ | ██ |

COMPUTERIZED

FEB 1 2 2009

5.     For your consideration.

Rafael Pineiro
**CHIEF OF PERSONNEL**

RP/DGJ/mmp

**APPROVED**

FEB 1 2009

RAYMOND W. KELLY
POLICE COMMISSIONER

# CAREER ADVANCEMENT REVIEW BOARD

## JANUARY 7, 2009

**Review of Promotional Candidate:**

**Police Officer: KEVIN KAVANAGH**

TAX# ███  COMMAND: HOUSING BRONX/QUEENS

**To the rank of:**  SERGEANT

Reviewed by: Robert J. ~~Grannell~~  Tax# ███████

**RECOMMENDATION:**  (Check mark in appropriate space)

PROMOTE: ____✓____

DO NOT PROMOTE: _____

**If recommending a review in the future, please specify period:**

_____

**ADDITIONAL COMMENTS:**

Officer has one incident of serious misconduct in his career. He has taken positive steps to prevent a recurrence. He is highly recommend by his supervisors. Recommend promote

# CAREER ADVANCEMENT REVIEW BOARD

## JANUARY 7, 2009

**Review of Promotional Candidate:**

**Police Officer: KEVIN KAVANAGH**

TAX# ▪▪▪▪

COMMAND: HOUSING BRONX/QUEENS

To the rank of:

SERGEANT

Reviewed by: _____    Tax#_____

**RECOMMENDATION:**    (Check mark in appropriate space)

**PROMOTE:** _____✓_____

**DO NOT PROMOTE:** _____

If recommending a review in the future, please specify period:

_____

**ADDITIONAL COMMENTS:**

*I believe this Officer has straighten himself out. Completed Correctly 90 hrs. He is now attending on his own a program which he will complete 20.10. Good and read. Strong recommdation from C.O. Averaged 17 arrests a yr. pros to credit*

# CAREER ADVANCEMENT REVIEW BOARD

## JANUARY 7, 2009

**Review of Promotional Candidate:**

**Police Officer: KEVIN KAVANAGH**

TAX# ▮▮▮                                    **COMMAND: HOUSING BRONX/QUEENS**

To the rank of:                              **SERGEANT**

Reviewed by: Chief ANTHONY J. Izzo Tax# ████████

**RECOMMENDATION:**    (Check mark in appropriate space)

PROMOTE: ___✓___

DO NOT PROMOTE: _____

**If recommending a review in the future, please specify period:**

_____

**ADDITIONAL COMMENTS:**

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____