**POLICE DEPARTMENT**
**CITY OF NEW YORK**

**MEMORANDUM:**      **CAREER ADVANCEMENT REVIEW BOARD**

**Subject:**      **CANDIDATE FOR PROMOTION TO SERGEANT**
**POLICE OFFICER STEPHEN WHEELER, TAX# ████**
**46TH PRECINCT**
**EXAM # 8564, LIST # 423**

**Appointed:**      September 29, 2000

**Assignments:**

| | | |
|---|---|---|
| September 29, 2000 | - | Police Academy |
| May 29, 2001 | - | 46th Precinct |
| September 10, 2006 | - | 46th Precinct (Suspended) |
| September 29, 2006 | - | 46th Precinct (Modified) |
| July21, 2008 | - | 46th Precinct (Full Duty) (Modified) |

**Department Recognition:**      1 Excellent Police Duty

**Reasons for CARB:**

1.   **CHARGES AND SPECIFICATIONS#82613/07:**
On September 9, 2006 at approximately 0214 hours, off-duty Police Officer Stephen Wheeler, tax #927665, assigned to the 46th Precinct was driving his private vehicle in Cavendish, Vermont, when State Trooper K██ H██ observed his vehicle weaving and following another vehicle too closely. Police Officer Wheeler was also observed slamming on his brakes as he attempted to make a left turn into a hotel parking lot.

Trooper H██ stopped Police Officer Wheeler's vehicle and requested his drivers' credentials.    Police Officer Wheeler produced his driver's license and his Police Department identification card. Trooper H██ asked Police Officer Wheeler if he had been drinking, and Police Officer Wheeler responded "he had a few drinks". Trooper H██ conducted a field sobriety test, which yielded positive results. Trooper H██ placed Police Officer Wheeler under arrest and he was transported to the Trooper barracks, where he was administered the Data Master alcohol test, which indicated a blood alcohol level of .118%.

Police Officer Wheeler pled no contest to misdemeanor DUI, and received a $150.00 fine in Vermont. He took responsibility for his actions and completed treatment in the Department's Counseling Services Program.

**DISPOSITION: GUILTY- ONE YEAR DISMISSAL PROBATION AND FORFEITED ALL TIME, PAY AND BENEFITS WHILE UNDER SUSPENSION FROM SEPTEMBER 10, 2006 TO SEPTEMBER 28, 2006, AND FORFEITED AN ADDITIONAL 11 VACATION DAYS, FOR A TOTAL OF 30 DAYS.**

2. **LEVEL III - DISMISSAL PROBATION:**
On May 5, 2008, Police Officer Stephen Wheeler was placed on dismissal probation as a result of the above disciplinary penalty. He completed the terms and conditions of dismissal probation on July 19, 2009. Police Officer Wheeler received competent ratings on his monthly profiles.

3. **SCHEDULE "B" COMMAND DISCIPLINE:**
On August 12, 2008, while on duty and assigned as the 46th Precinct Property Officer, a complainant came into the station house to inquire about $1,827.00 USC that had been vouchered. The money belonged to his deceased brother, who was the victim of a crime. Police Officer Stephen Wheeler was unable to locate the voucher and told the complainant to call the Internal Affairs Bureau. The complainant called the Internal Affairs Bureau and an investigation was commenced.

During Police Officer Wheeler's P.G. 206-13 interview, he was asked "who did he notify regarding the missing voucher". Police Officer Wheeler said he notified his Integrity Control Officer. Police Officer Wheeler failed to notify the Internal Affairs Bureau, after receiving a complaint of missing property.

**DISPOSITION: SUBSTANTIATED - POLICE OFFICER WHEELER WAS ISSUED A SCHEDULE "B" COMMMAND DISCIPLINE AND FORFEITED 4 VACATION DAYS.**

4. **LEVEL - II DISCIPLINARY MONITORING:**
On July 20, 2009, Police Officer Stephen Wheeler was placed on Disciplinary Monitoring after completing dismissal probation. He completed Level II Monitoring on January 24, 2011. He received competent ratings on his quarterly profiles.

**Sick:** Since **2000** Police Officer Wheeler has reported sick on **5** occasions for a total of **40** days of which **1** time was designated as line of duty for a total of **3** days. He averages **3.42** days per year non-line of duty and **0.28** days line of duty per year.

| | | | |
|---|---|---|---|
| **Performance Evaluations:** | Annual 2010 | - | Above Competent |
| | Annual 2009 | - | Above Competent |
| | Annual 2008 | - | Above Competent |

**Education:** Eligible

**Total Arrests:** 47

**Disciplinary Record:** See Attached.