EMD# 2011-1220
PMU# 2011-0697

## POLICE DEPARTMENT
## CITY OF NEW YORK

June 22, 2011

From:      Assistant Commissioner, Employee Management Division

To:        Chief of Personnel

Subject:   **CAREER ADVANCEMENT REVIEW BOARD RECOMMENDATIONS**

1. The attached communication is forwarded for your approval.

Arnold S. Wechsler
Assistant Commissioner
Employee Management Division

ASW/DGJ/dfd

EMD# 2011-1220
PMU# 2011-0697
PB#2011-150-9-A

## POLICE DEPARTMENT
## CITY OF NEW YORK

June 22, 2011

From:      Chief of Personnel

To:        First Deputy Commissioner

Subject:   **CAREER ADVANCEMENT REVIEW BOARD RECOMMENDATION**

1. On Wednesday, June 22, 2011, the Career Advancement Review Board convened to determine the suitability of one uniformed member of the service for promotion.

2. The board consisted of the following members:

   Chief Thomas V. Dale
   Chief of Personnel

   Chief James P. Hall
   Chief of Patrol

   Chief Anthony Izzo
   Chief of Organized Crime Control Bureau

3. Based on a personal interview with the candidate and review of his employment record, the board voted unanimously **TO PROMOTE** the following member of the service.

   Promote to the rank of Sergeant:

| Exam# | List# | Rank | Name | Tax# | Reason |
|---|---|---|---|---|---|
| 8564 | 423 | PO | Wheeler, Stephen |  | Discipline |

4.	Forwarded for your approval.

	Thomas V. Dale
	**CHIEF OF PERSONNEL**

TVD/DGJ/dfd

# CAREER ADVANCEMENT REVIEW BOARD

# June 22, 2011

**Review of Promotional Candidate:**

**Police Officer: Stephen Wheeler**

**TAX#** ▓▓▓  **COMMAND:** 46th precinct

**To the rank of:**  Sergeant

**Reviewed by:** CHIEF ANTHONY J. IZZO  **Tax#:** ▓▓▓▓▓▓

**RECOMMENDATION:** (Check mark in appropriate space)

**PROMOTE:** ✓

**DO NOT PROMOTE WITH A FUTURE REVIEW:** _____

**DO NOT PROMOTE WITH _NO_ FUTURE REVIEW:** _____

**If recommending a review in the future, please specify period:**

_____

**ADDITIONAL COMMENTS:**

Candidate's career history reflects a pattern of minimal enforcement in arrests and summonses. He could not justify his lack of engagement. His ability to lead is doubtful. Must be closely monitored in his role as a Sgt.

# CAREER ADVANCEMENT REVIEW BOARD

# June 22, 2011

**Review of Promotional Candidate:**

**Police Officer:** Stephen Wheeler

**TAX#** ███         **COMMAND:** 46th precinct

**To the rank of:**        Sergeant

**Reviewed by:** _Chief Dale_        **Tax#:** ███

**RECOMMENDATION:** (Check mark in appropriate space)

**PROMOTE:** ✓

**DO NOT PROMOTE WITH A FUTURE REVIEW:** _____

**DO NOT PROMOTE WITH _NO_ FUTURE REVIEW:** _____

**If recommending a review in the future, please specify period:**

_____

**ADDITIONAL COMMENTS:**

- HAS GREAT EDUCATION
- VETERAN w/ GREAT CREDITS
- ONE PROBLEM IS LACK OF ACTIVITY - I BELIEVE W/E CAN BE A GOOD SGT.

# CAREER ADVANCEMENT REVIEW BOARD

# June 22, 2011

Review of Promotional Candidate:

Police Officer: Stephen Wheeler

TAX#: ███  COMMAND: 46th precinct

To the rank of: _____ Sergeant

Reviewed by: _Chief James P. Hall_  Tax#: ███

RECOMMENDATION: ✓ (Check mark in appropriate space)

PROMOTE: ✓

DO NOT PROMOTE WITH A FUTURE REVIEW: _____

DO NOT PROMOTE WITH NO FUTURE REVIEW: _____

If recommending a review in the future, please specify period:

_____

ADDITIONAL COMMENTS:

P.O. Wheeler has learned from his D.U.I incident & appeared to be very contrite. He received a "highly recommend" from C.O. 46. As P.O. Wheeler is a Army Vet and showed a level of maturity. Recommend that he be monitored during his probation.