PB#2011-150-6-A
EMD# 2011-712
PMU# 2011-474

# POLICE DEPARTMENT
# CITY OF NEW YORK

April 14, 2011

From: Assistant Commissioner, Employee Management Division

To: Chief of Personnel

Subject: **CAREER ADVANCEMENT REVIEW BOARD RECOMMENDATIONS**

1. The attached communication is forwarded for your approval.

Arnold S. Wechsler
Assistant Commissioner
Employee Management Division

ASW/DGJ/nip

D 000144

PB#2011-150-6-A
EMD# 712/2011
PMU# 474/2011

POLICE DEPARTMENT
CITY OF NEW YORK

April 14, 2011

From: Chief of Personnel

To: First Deputy Commissioner

Subject: **CAREER ADVANCEMENT REVIEW BOARD RECOMMENDATIONS**

1. On Thursday, April 14, 2011, the Career Advancement Review Board convened to determine the suitability of one uniformed member of the service for promotion.

2. The board consisted of:

   Chief Thomas V. Dale
   Chief of Personnel

   Chief James P. Hall
   Chief of Patrol

   Chief Philip Banks
   Chief of Community Affairs

3. Based on a personal interview with the candidate and a review of his employment record, the board voted unanimously **NOT TO PROMOTE** the following member of the service with a future review in six months.

   Not to promote to the rank of Sergeant:

| Exam# | List# | Rank | Name | Tax# | Reason |
|---|---|---|---|---|---|
| 8564 | 244 | PO | Claude Staten | ▓ | Discipline |

D 000136

4.  Forwarded for your approval.

TVD/DGJ/nip

Thomas V. Dale
**CHIEF OF PERSONNEL**

15 APR 2011 12:11
[stamp: illegible office]

D 000137

# CAREER ADVANCEMENT REVIEW BOARD

## April 14, 2011

**Review of Promotional Candidate:**

**Police Officer: Claude Staten**

TAX# ▮▮▮▮                                COMMAND: 46th precinct

**To the rank of:**                            Sergeant

**Reviewed by:** Chief Philip Banks        Tax#: ▮▮▮▮

**RECOMMENDATION:**    (Check mark in appropriate space)

**PROMOTE:** _____

**DO NOT PROMOTE WITH A FUTURE REVIEW:** __X__

**DO NOT PROMOTE WITH _NO_ FUTURE REVIEW:** _____

**If recommending a review in the future, please specify period:**

_____

**ADDITIONAL COMMENTS:**

Recommend P.O Staten be Re-evaluated in six months. After close review, PO Staten's sick record is terrible and a closer evaluation is necessary. Though he is a senior officer with reputable experience as was detailed in his prior evaluations, believe that six months may prove valuable to him conforming to a better prepared supervisor.

D 000145

# CAREER ADVANCEMENT REVIEW BOARD

## April 14, 2011

**Review of Promotional Candidate:**

**Police Officer: Claude Staten**

**TAX#** ████                     **COMMAND:** 46th precinct

**To the rank of:**                **Sergeant**

**Reviewed by:** *Chief James P. Hall*         **Tax#:** ████

**RECOMMENDATION:** (Check mark in appropriate space)

**PROMOTE:** _____

**DO NOT PROMOTE WITH A FUTURE REVIEW:** ✓

**DO NOT PROMOTE WITH _NO_ FUTURE REVIEW:** _____

**If recommending a review in the future, please specify period:**
_____

**ADDITIONAL COMMENTS:**

P.O. Staten has had disciplinary issues that have resulted in CD S. One incident is related to summons integrity. He is a twenty five year member who did not fully acknowledge his responsibility for these disciplinary cases. His sick record is terrible. Sixteen Chronic A + two Chronic B. He received a "luke" warm recommendation from CO 46pct. He should not be promoted at this time.

D 000146

# CAREER ADVANCEMENT REVIEW BOARD

## April 14, 2011

Review of Promotional Candidate:

Police Officer: Claude Staten

TAX# ▮▮▮                          COMMAND: 46th precinct

To the rank of:                    Sergeant

Reviewed by: *Chief Dole*          Tax#: ▮▮▮

RECOMMENDATION:    (Check mark in appropriate space)

PROMOTE: _____

DO NOT PROMOTE WITH A FUTURE REVIEW: ___✓___

DO NOT PROMOTE WITH *NO* FUTURE REVIEW: _____

If recommending a review in the future, please specify period:

__6 Months__

ADDITIONAL COMMENTS:

- 0 - ACTIVITY
- BAD - BAD SICK RECORD
- DRIVES A LT. OR SGT ON MIDNIGHTS
- SHOWS NO ABILITY TO "GET OTHERS" TO WORK
- SENIOR OFFICER → HE NEEDS TO SHOW SOME ACTIVITY + IMPROVE ON SICK (16 CHRONICS)