EMD# 2012-0162
PMU# 2012-0005

# POLICE DEPARTMENT
# CITY OF NEW YORK

January 17, 2012

From:     Assistant Commissioner, Employee Management Division

To:     Executive Officer, Personnel Bureau

Subject:     **CAREER ADVANCEMENT REVIEW BOARD RECOMMENDATIONS**

1.     The attached communication is forwarded for your approval.

Arnold S. Wechsler
Assistant Commissioner
Employee Management Division

ASW/DGJ/dfd

PB # 2012-150-1-A
EMD# 2012-0162
PMU# 2012-0005

POLICE DEPARTMENT
CITY OF NEW YORK

January 17, 2012

From: Executive Officer, Personnel Bureau

To: First Deputy Commissioner

Subject: **CAREER ADVANCEMENT REVIEW BOARD RECOMMENDATION**

1. On Tuesday, January 17, 2012, the Career Advancement Review Board convened to determine the suitability of three uniformed members of the service for promotion.

2. The board consisted of the following members:

   Chief James P. Hall
   Chief of Patrol

   Chief Joseph Fox
   Chief of Transit Bureau

   Chief Joanne Jaffe
   Chief of Housing Bureau

3. Based on a personal interview with the candidate and review of his employment record, the board voted unanimously **NOT TO PROMOTE** the following members of the service.

   Not to promote to the rank of Sergeant:

| Exam# | List# | Rank | Name | Tax# | Reason |
|---|---|---|---|---|---|
| 8564 | 244 | PO | Claude Staten | ▓ | Discipline |
| 8564 | 458 | PO | H▓ G▓ | ▓ | Discipline |

D 000261

4. Based on a personal interview with the candidate and review of his employment record, two members of the the board voted **NOT TO PROMOTE** (one member voted to promote) the following member of the service.

Not to promote to the rank of Sergeant:

| Exam# | List# | Rank | Name | Tax# | Reason |
|-------|-------|------|------|------|--------|
| 8564 | 692 | PO | K███ R████ | ███████ | Discipline |

5. Forwarded for your approval.

James W. Murtaugh
Executive Officer
Personnel Bureau

JWM/DGJ/dfd

# CAREER ADVANCEMENT REVIEW BOARD

## January 17, 2012

Review of Promotional Candidate:

Police Officer: Claude Staten

TAX# █████                               COMMAND: 46th precinct

To the rank of:                          Sergeant

Reviewed by: _Chief J Srey_   Tax#: ████████

RECOMMENDATION:    (Check mark in appropriate space)

PROMOTE: _NO_

DO NOT PROMOTE WITH A FUTURE REVIEW: _N_

DO NOT PROMOTE WITH <u>NO</u> FUTURE REVIEW: _YES_

If recommending a review in the future, please specify period:

_NONE - DO NOT PROMOTE_

ADDITIONAL COMMENTS:

_I found Officer Claude not genuine nor did he take any responsibility for past disciplinary incidents. He took no steps to improve or change his behavior or actions since last interview._

_I strongly recommend NOT promoting._

_[signature]_

D 000264

# CAREER ADVANCEMENT REVIEW BOARD

## January 17, 2012

Review of Promotional Candidate:

Police Officer: Claude Staten

TAX#: ███  COMMAND: 46th precinct

To the rank of:  Sergeant

Reviewed by: _Joanne Jaffe_  Tax#: ███

RECOMMENDATION:  (Check mark in appropriate space)

PROMOTE: _____

DO NOT PROMOTE WITH A FUTURE REVIEW: _____

DO NOT PROMOTE WITH <u>NO</u> FUTURE REVIEW: ✓

If recommending a review in the future, please specify period:

_____

ADDITIONAL COMMENTS:

Do not recommend promotion. This officer appears to have made no attempt to improve his enforcement efforts during the past 9-10 months since last boarded. In addition, he tells a good story, has an answer for everything, but says nothing. He would not make a professional supervisor.

D 000265

# CAREER ADVANCEMENT REVIEW BOARD

## January 17, 2012

Review of Promotional Candidate:

Police Officer: Claude Staten

TAX#: ███  COMMAND: 46th precinct

To the rank of: Sergeant

Reviewed by: _Chief James P. Hall_  Tax#: ███

RECOMMENDATION: (Check mark in appropriate space)

PROMOTE: _____

DO NOT PROMOTE WITH A FUTURE REVIEW: _____

DO NOT PROMOTE WITH _NO_ FUTURE REVIEW: ✓

If recommending a review in the future, please specify period:

_____

ADDITIONAL COMMENTS:

This is the second time P.O. Staten has appeared before C.A.R.B. The undersigned sat on the first CARB. P.O. Staten still fails to accept full responsibility for his disciplinary issues. He makes little contribution to the 46 pct. His sick record is poor. The C.O. 46 gave a luke warm recommendation. I strongly believe that P.O. Staten does not have the skills to be a Sergeant.

D 000266