NEW YORK CITY POLICE DEPARTMENT
CENTRAL PERSONNEL INDEX
PROMOTION


DATE: 1/3/2012
TIME: 13:25:15

TAX NUMBER :

NAME: CLAUDE STATEN
RANK: POLICE OFFICER MALE
COMMAND: (46) 046 PRECINCT

**BACKGROUND CHECK**
DATE : 7/27/1988
CONTROL NUMBER : 000
SERIAL NUMBER : XX
ICO 69TH PCT N/R

**BACKGROUND CHECK**
DATE : 3/30/1989
CONTROL NUMBER : 000
SERIAL NUMBER : C462
HARBOR UNIT / NO REOCRD

**BACKGROUND CHECK**
DATE : 4/26/1989
CONTROL NUMBER : 000
SERIAL NUMBER : XX
ICO 69TH PCT N/R

**CHRONIC SICK - A**
DATE : 12/9/1989
CONTROL NUMBER : 000
SERIAL NUMBER : 2487
SICK 4 TIMES FROM 4/30/89 TO 12/9/89

**BACKGROUND CHECK**
DATE : 3/1/1990
CONTROL NUMBER : 000
SERIAL NUMBER : XX
ICO 69TH PCT.

**BACKGROUND CHECK**
DATE : 7/12/1990
CONTROL NUMBER : 000
SERIAL NUMBER : XX
I/P PBBS/FIAU



NEW YORK CITY POLICE DEPARTMENT

CENTRAL PERSONNEL INDEX

PROMOTION

DATE: 1/3/2012

TIME: 13:25:15

TAX NUMBER : [redacted]

NAME: CLAUDE STATEN

RANK: POLICE OFFICER MALE

COMMAND: (46) 046 PRECINCT

**INTERNAL INVESTIGATION**

DATE : 7/13/1990

CONTROL NUMBER : 000

SERIAL NUMBER : 90/1620

MOS REPORTS THE COMPL STATED THE SUBJ PHYSICALLY ASSAULTED HIS COMNMON LAW WIFE.
DISP. SUBSTANTIATED / C&S.

**BACKGROUND CHECK**

DATE : 8/28/1990

CONTROL NUMBER : 000

SERIAL NUMBER : XX

ICO 69TH PCT

**CHRONIC SICK - A**

DATE : 10/30/1990

CONTROL NUMBER : 000

SERIAL NUMBER :
HSD/1028

SICK FIVE TIMES SINCE 4/30/89

**BACKGROUND CHECK**

DATE : 1/29/1991

CONTROL NUMBER : 000

SERIAL NUMBER : XX

ICO 69TH PCT

**INTERNAL INVESTIGATION**

DATE : 8/21/1991

CONTROL NUMBER : 000

SERIAL NUMBER : C91-1842

COMPL STATED THAT SUBJ WHILE IN THE "EMERG ROOM" RECEIVING TRMT FOR INJURIES RECEIVED FM ONE OF THE PERPS WHO TRIED TO ROB HIM & IN POOR JUDGMNT PULL-ED HIS AUTOMATIC & CHASED THE ABOVE AROUND THE "EMERG RM" IN ATTEMPT TO ARREST SAME. 67 PCT.
DISP. PART SUBST (CD)



NEW YORK CITY POLICE DEPARTMENT
CENTRAL PERSONNEL INDEX
PROMOTION

DATE: 1/3/2012
TIME: 13:25:15

TAX NUMBER : [redacted]

NAME: CLAUDE STATEN
RANK: POLICE OFFICER MALE
COMMAND: (46) 046 PRECINCT

**BACKGROUND CHECK**
DATE : 9/17/1991
CONTROL NUMBER : 000
SERIAL NUMBER : XXX
PBBS/FIAU

**CHARGES & SPECS.**
DATE : 3/19/1992
CONTROL NUMBER : 000
SERIAL NUMBER : 66419
1. ABSENT FROM HIS RESIDENCE W/O PERMISSION OF HIS DISTRICT SURGEON. 2. FAIL TO NOTIFY HIS C.O., CHANGE OF NAME, RESIDENCE OR SOCIAL CONDITION AS REQ. DISP FORFEIT TEN (10) VACATION DAYS

**BACKGROUND CHECK**
DATE : 7/16/1992
CONTROL NUMBER : 000
SERIAL NUMBER : C/1067
ICO 69 PCT

**BACKGROUND CHECK**
DATE : 7/30/1992
CONTROL NUMBER : 000
SERIAL NUMBER : XX
ICO 69 PCT

**BACKGROUND CHECK**
DATE : 12/21/1992
CONTROL NUMBER : 000
SERIAL NUMBER : C/1821
C.O., POS

**DEPT. AUTO ACCIDENT**
DATE : 2/9/1993
CONTROL NUMBER : 000
SERIAL NUMBER : XX



NEW YORK CITY POLICE DEPARTMENT

CENTRAL PERSONNEL INDEX

PROMOTION

DATE: 1/3/2012

TIME: 13:25:15

TAX NUMBER : [redacted]

NAME: CLAUDE STATEN

RANK: POLICE OFFICER MALE

COMMAND: (46) 046 PRECINCT

DEPT. AUTO ACCIDENT

**CHRONIC SICK - A**

DATE : 4/10/1993

CONTROL NUMBER : 000

SERIAL NUMBER : XXXX

CSL-112 SICK 4 TIMES SINCE 12-13-92 TO 4-10-93

**CHRONIC SICK - A**

DATE : 5/1/1993

CONTROL NUMBER : 000

SERIAL NUMBER : XXX

CSL197 SICK 5 TIMES SINCE 12-13-92 TO 5-1-93

**NEGATIVE EVALUATION - A**

DATE : 12/15/1993

CONTROL NUMBER : 000

SERIAL NUMBER : XX

ANNUAL EVAL
(1) VERY LOW IN BEHAV DIMENSIONS
(2) LOW IN BEHAV DIMENSIONS

**CHRONIC SICK - A**

DATE : 1/29/1994

CONTROL NUMBER : 000

SERIAL NUMBER : A056

EXCESSIVE SICK RECORD, CHRONIC A SINCE 2/7/93

**CHRONIC SICK - A**

DATE : 3/27/1994

CONTROL NUMBER : 000

SERIAL NUMBER : A305

EXCESSIVE SICK RECORD, CHRONIC A SINCE 4/1/93

**CHRONIC SICK - A**

DATE : 4/11/1994

CONTROL NUMBER : 000



NEW YORK CITY POLICE DEPARTMENT
CENTRAL PERSONNEL INDEX
PROMOTION

DATE: 1/3/2012
TIME: 13:25:15

TAX NUMBER : [redacted]

NAME: CLAUDE STATEN
RANK: POLICE OFFICER MALE
COMMAND: (46) 046 PRECINCT

SERIAL NUMBER : A362
EXCESSIVE SICK RECORD, CHRONIC A SINCE 3/16/93

**CHRONIC SICK - A**
DATE : 9/2/1994
CONTROL NUMBER : 000
SERIAL NUMBER : AA999
EXCESSIVE SICK RECORD, CHRONIC A SINCE 1/26/94

**CHRONIC SICK - A**
DATE : 9/3/1994
CONTROL NUMBER : 000
SERIAL NUMBER : A1002
EXCESSIVE SICK RECORD, CHRONIC A SINCE 1/26/94

**CHRONIC SICK - A**
DATE : 4/15/1996
CONTROL NUMBER : 003
SERIAL NUMBER : XXXX
CSL A428 4X SINCE 8/25/95

**FIREARMS DISCHARGE**
DATE : 9/29/1996
CONTROL NUMBER : 001
SERIAL NUMBER : 249S96
NO VIOLATION
NO CORRECTIVE ACTION

**CHRONIC SICK - A**
DATE : 3/26/1997
CONTROL NUMBER : 002
SERIAL NUMBER : XXX
CSL A398 5 X SINCE 3/25/96

**CHRONIC SICK - A**
DATE : 7/3/1997



NEW YORK CITY POLICE DEPARTMENT
CENTRAL PERSONNEL INDEX
PROMOTION

DATE: 1/3/2012
TIME: 13:25:15

TAX NUMBER : [redacted]

NAME: CLAUDE STATEN
RANK: POLICE OFFICER MALE
COMMAND: (46) 046 PRECINCT

CONTROL NUMBER : 004
SERIAL NUMBER : A797
CSL 4 X SINCE 11/10/96

**CHRONIC SICK - A**
DATE : 12/21/1997
CONTROL NUMBER : 005
SERIAL NUMBER : XXXX
CSL 1540_4XA SINCE 3/5/97

**CHRONIC SICK - A**
DATE : 11/23/1998
CONTROL NUMBER : 006
SERIAL NUMBER : A1251
CSL 4X SINCE 12/20/97

**CHRONIC SICK - A**
DATE : 7/15/1999
CONTROL NUMBER : 007
SERIAL NUMBER : A879
CSL 4X SINCE 7/25/98

**INTERNAL INVESTIGATION**
DATE : 7/9/2000
CONTROL NUMBER : 008
SERIAL NUMBER : M00-1453
S/O RESPONDED TO A CALL 10-54 AND MAARKED THE JOB
10-90Y. FURTHER INVESTIGATION THE FOLLOWING DAY
REVEALED 22 DOA'S
DISP: EXONERATED

**FIREARMS DISCHARGE**
DATE : 10/19/2000
CONTROL NUMBER : 009
SERIAL NUMBER : 106S00
NO VIOLATION OF DEPARTMENT GUIDELINES
NO CORRECTIVE ACTION

NEW YORK CITY POLICE DEPARTMENT
CENTRAL PERSONNEL INDEX
PROMOTION


DATE: 1/3/2012
TIME: 13:25:15

TAX NUMBER : [redacted]

NAME: CLAUDE STATEN
RANK: POLICE OFFICER MALE
COMMAND: (46) 046 PRECINCT

**CHRONIC SICK - A**
DATE : 11/28/2000
CONTROL NUMBER : 010
SERIAL NUMBER : XXX
CSL 5 X SINCE 02/09/00

**CHRONIC SICK - A**
DATE : 7/6/2001
CONTROL NUMBER : 011
SERIAL NUMBER : 3321
CSL 4X SINCE 7/16/00

**CHRONIC SICK - A**
DATE : 11/4/2001
CONTROL NUMBER : 012
SERIAL NUMBER : 3816
CSL 4X A SINCE 7/31/00

**CHRONIC SICK - A**
DATE : 3/7/2002
CONTROL NUMBER : 013
SERIAL NUMBER : XXXXX
CSL CONT 'A' SINCE 06/24/01

**CHRONIC SICK - A**
DATE : 7/1/2002
CONTROL NUMBER : 014
SERIAL NUMBER : XXX
CSL 4 X SINCE 12/09/01

**CHRONIC SICK - B**
DATE : 7/27/2002
CONTROL NUMBER : 015
SERIAL NUMBER : XXX
CSL 6 X SINCE 08/17/01


NEW YORK CITY POLICE DEPARTMENT

CENTRAL PERSONNEL INDEX

PROMOTION

DATE: 1/3/2012

TIME: 13:25:15

TAX NUMBER : [redacted]

NAME: CLAUDE STATEN

RANK: POLICE OFFICER MALE

COMMAND: (46) 046 PRECINCT

**INTERNAL INVESTIGATION**

DATE : 3/3/2004

CONTROL NUMBER : 016

SERIAL NUMBER : M03-1690

ALLEGATION; AWOL,DOMESTIC DISPUTE, DRV
ALL ALLEGATIONS:SUBSTANTIATED
OVERALL DISPOSITION:SUBSTANTIATED
INVESTIGATING UNIT:PBBX
(SS)

**BACKGROUND CHECK**

DATE : 2/9/2005

CONTROL NUMBER : 017

SERIAL NUMBER : C117

DCLM#802 / INVESTIG PRINT

**INTERNAL INVESTIGATION**

DATE : 7/29/2006

CONTROL NUMBER : 019

SERIAL NUMBER : M06-1522

8/9/06, IA LOG# 06-24347* DOMESTIC-OTHER* PBBX I/U
* DISPO: UNSUB, DOMESTIC-VERBAL*DISPO:UNSUB
I/O28*DISPO:SUN, DRV-OTHER DISPO"SUB, C & S BY PBB
X I/U.(MR)

**BACKGROUND CHECK**

DATE : 8/9/2006

CONTROL NUMBER : 018

SERIAL NUMBER : C 721

LEG BUR/SULLIVAN - 00TT027428

**PERFORM. MONITORING**

DATE : 2/23/2007

CONTROL NUMBER : 020

SERIAL NUMBER : ***



NEW YORK CITY POLICE DEPARTMENT
CENTRAL PERSONNEL INDEX
PROMOTION

DATE: 1/3/2012
TIME: 13:25:15

TAX NUMBER : [redacted]

NAME: CLAUDE STATEN
RANK: POLICE OFFICER MALE
COMMAND: (46) 046 PRECINCT

MEMBER PLACED IN LEVEL-II DISCIPLINE MONITORING
BASED ON MEMBER'S OVERALL RECORD HE/SHE IS
PRESENTLY BEING MONITORED BY THE PERSONNEL BUREAU.
FOR FURTHER INFORMATION PLEASE CONTACT PERFORMANCE
MONITORING UNIT AT (646) 610 - 5505.
* 02/26/07 * 04/12/11 *
******** PMU ADVISES COMPLETED MONITORING EFF 04/12/11 ********

**CHARGES & SPECS.**

DATE : 4/20/2007

CONTROL NUMBER : 019

SERIAL NUMBER : 82852/07

1.SAID POLICE OFFICER CLAUDE STATEN, ASSIGNED TO THE 46 PRECINCT, ON OR ABOUT AND BETWEEN NOVEMBER 2005 AND JULY 29, 2006, WHILE OFF DUTY, AT OR NEAR 33 HADDOCK ROAD, MONTICELLO, NEW YORK DID FAIL AND NEGLECT TO LIST TWO FIREARMS, A FABRIQUE NATIONAL D'ARMS, .32 CALIBER HANDGUN BEARING SERIAL NUMBER 475281, AND A SMITH.357 CALIBER MAGNUM HANDGUN BEARING SERIAL NUMBER 7127 ON SAID OFFICERS FORCE RECORD AS REQUIRED.2.SAID S/O ASSIGNED AS INDICATED IN SPEC.#1, SAID S/O WHILE OFF DUTY, FAILED AND NEGLECTED TO TIMELY PREPARE, COMPLETE OR SUBMIT PROPER DEPARTMENT FIREARM ACQUISITION PAPERWORK, TO WIT: A REQUEST ON TYPED LETTERHEAD AND IN TRIPLICATE ADDRESS TO COMMANDING OFFICER, LICENSE DIVISION, FOR PERMISSION TO ACQUIRE A PISTOL OR REVOLVER, AND FORM PD424-150.WITH REGARD TO TWO FIREARMS THAT WERE OBTAINED BY SAID OFFICER IN NOVEMBER OF 2005, TO WIT: A FABRIQUE NATIONAL D'ARMS.32 CALIBER HANDGUN BEARING SERIAL NUMBER 475281, AND A SMITH & WESSON ARMS, .357 CALIBER MAGNUM HANDGUN BEARING SERIAL NUMBER 7127.*DISPOSITION 1.GUILTY 2.GUILTY (PLEA) FORFEITURE OF THIRTY-FIVE (35) VACATION DAYS. 4/5/11.

**DEPT. AUTO ACCIDENT**

DATE : 12/14/2008

CONTROL NUMBER : 021

SERIAL NUMBER : XXXX

DEPT AUTO ACCIDENT(AT FAULT)

**INTERNAL INVESTIGATION**

DATE : 7/25/2009

CONTROL NUMBER : 025

SERIAL NUMBER : C09-0644



NEW YORK CITY POLICE DEPARTMENT

CENTRAL PERSONNEL INDEX

PROMOTION

DATE: 1/3/2012

TIME: 13:25:16

TAX NUMBER : [redacted]

NAME: CLAUDE STATEN

RANK: POLICE OFFICER MALE

COMMAND: (46) 046 PRECINCT

ALLEGATION: NARCOTICS-TAKES MONEY NOT BRIBE
DISPOSITION: UNSUBSTANTIATED
ALLEGATION: NARCOTICS-TAKES DRUGS/NO ARREST
DISPOSITION: UNSUBSTANTIATED
ALLEGATION: FAIL T/NOTIFY IAB
DISPOSITION: SUBSTANTIATED
ALLEGATION: FAIL T/TAKE REPORT DISPOSITION: UNSUBSTANTIATED ALLEGATION: DOMESTIC-AGGRAVATED HARASSMENT DISPOSITION: UNSUBSTANTIATED CASE CLOSED**IAB GRP#21**11/24/10 *** CHARGES & SPEC ISSUED (ME)

**CHARGES & SPECS.**

DATE : 10/15/2009

CONTROL NUMBER : 022

SERIAL NUMBER : 85844/09

1.SAID POLICE OFFICER CLAUDE STATEN, WHILE ON DUTY AND ASSIGNED TO THE 46TH PRECINCT, ON OR ABOUT JUNE 3, 2008, DID ENGAGE IN CONDUCT PREJUDICIAL TO THE GOOD ORDER, EFFICIENCY OR DISCIPLINE OF THE DEPARTMENT, IN THAT SAID OFFICER DID FAIL AND NEGLECT TO PROPERLY TURN IN SUMMONSES SAID OFFICER HAD ISSUED.2.SAID S/O ASSIGNED AS INDICATED IN SPEC.#1, DATE AND LOCATION K/T/D, DID ENGAGE IN CONDUCT PREJUDICAL TO THE GOOD ORDER, EFFICIENCY OR DISCIPLINE OF THE DEPARTMENT IN THAT SAID S/O DID FAIL AND NEGLECT TO PROPERLY SECURE HIS DEPARTMENT LOCKER.3.SAID S/O ASSIGNED AS INDICATED IN SPEC.#1, ON OR ABOUT DECEMBER 11, 2008, DID ENGAGE IN CONDUCT PREJUDICIAL TO THE GOOD ORDER, EFFICIENCY OR DISCIPLINE OF THE DEPARTMENT IN THAT SAID S/O HAVING BEEN NOTIFIED TO APPEAR IN TRAFFIC COURT AT 0830 HOURS, DID NOT APPEAR IN TRAFFIC COURT UNTIL 0932 HOURS, RESULTING IN THE DISMISSAL OF SEVERAL CASES HE WAS SCHEDULED TO GIVE TESTIMONY ON.*DISPOSITION 1.GUILTY 2.GUILTY 3.GUILTY (PLEA) FORFEITURE OF THIRTY-FIVE (35) VACATION DAYS. 4/5/11.

**CHARGES & SPECS.**

DATE : 10/8/2010

CONTROL NUMBER : 024

SERIAL NUMBER : 20102362

1.SAID POLICE OFFICER CLAUDE STATEN, WHILE OFF-DUTY AND ASSIGNED TO THE 46TH PRECINCT, ON OR ABOUT JULY 24,2009, AFTER HAVING BEEN INVOLVED IN AN UNUSUAL POLICE OCCURRENCE DID FAIL TO NOTIFY THE OPERATIONS UNIT, AS REQUIRED."DISPOSITION 1.GUILTY (PLEA) FORFEITURE OF THIRTY-FIVE (35) VACATION DAYS. ____4/5/11.

**BACKGROUND CHECK**

DATE : 10/22/2010

CONTROL NUMBER : 023

SERIAL NUMBER : C 834



NEW YORK CITY POLICE DEPARTMENT
CENTRAL PERSONNEL INDEX
PROMOTION

DATE: 1/3/2012
TIME: 13:25:16

TAX NUMBER :

NAME: CLAUDE STATEN
RANK: POLICE OFFICER MALE
COMMAND: (46) 046 PRECINCT

LEG BUR/FONTANEZ

**BACKGROUND CHECK**
DATE : 3/11/2011
CONTROL NUMBER : 026
SERIAL NUMBER : C 193
LEG BUR/FONTANEZ

**C.A.R.B.**
DATE : 4/14/2011
CONTROL NUMBER : 027
SERIAL NUMBER : ****
MOS APPEARED BEFORE THE CAREER ADVANCEMENT REVIEW BOARD ON 04/14/11 TO DETERMINE ELIGIBILITY FOR PROMOTION. THE BOARD DEFERRED DECISION PENDING A SECOND REVIEW IN (12) MONTHS. PC APPROVED 04/20/11
* 04/29/11 *

**BACKGROUND CHECK**
DATE : 6/6/2011
CONTROL NUMBER : 028
SERIAL NUMBER : UPU6
SGT ELIG

**BACKGROUND CHECK**
DATE : 7/5/2011
CONTROL NUMBER : 029
SERIAL NUMBER : UPU7
SGT ELIG

**BACKGROUND CHECK**
DATE : 8/3/2011
CONTROL NUMBER : 030
SERIAL NUMBER : UPU8
SGT ELIG

**TOTAL EVENTS FOUND :** 56

NEW YORK CITY POLICE DEPARTMENT
CENTRAL PERSONNEL INDEX
PROMOTION

DATE: 1/3/2012
TIME: 13:25:16

TAX NUMBER : [redacted]

NAME: CLAUDE STATEN
RANK: POLICE OFFICER MALE
COMMAND: (46) 046 PRECINCT

*** MONITORING SUMMARY ***

FORCE/DISCIPLINARY MONITORING:

| TYPE | START DATE | END DATE | REASON |
|---|---|---|---|
| LVL 1 FORCE | 02/03/2006 | 02/22/2007 | 3 or More CCRB in 1 Year |
| LVL 2 DISCIPLINE | 02/23/2007 | 04/12/2011 | Upgraded from Level 1 |

TOTAL MONITORING RECORDS FOUND: 2

IF THERE ARE ANY QUESTIONS, CONTACT THE PERFORMANCE ANALYSIS SECTION (646)610-5505 DURING REGULAR BUSINESS HOURS

***UNIFORM EVALUATIONS SUMMARY ***

| Type of Eval. | Cmd | Rating Period From | Rating Period To | Overall Rating | Purpose | Rater Title | Rater Name | Appeal |
|---|---|---|---|---|---|---|---|---|
| PO/SPL | 046 046 PCT | 11/01/2010 | 04/01/2011 | 3.5 | INTERIM | SGT | JOSE FELICIANO | |
| PO/SPL | 046 046 PCT | 12/16/2009 | 12/15/2010 | 3 | ANNUAL | SGT | JOSE FELICIANO | |
| PO/SPL | 046 046 PCT | 12/16/2008 | 12/15/2009 | 4 | ANNUAL | SGT | JOSE FELICIANO | |
| PO/SPL | 046 046 PCT | 12/16/2007 | 12/15/2008 | 4.5 | ANNUAL | LT | JOYCE WILLIAMS | |
| PO/SPL | 046 046 PCT | 12/16/2006 | 12/15/2007 | 4.5 | ANNUAL | LT | JOYCE WILLIAMS | |
| PO/SPL | 046 046 PCT | 12/16/2005 | 12/15/2006 | 3.5 | ANNUAL | SGT | FELIX ESPINAL | |
| PO/SPL | 046 046 PCT | 12/16/2004 | 12/15/2005 | 3.5 | ANNUAL | SGT | FELIX ESPINAL | |

TOTAL UNIFORM EVALUATIONS RECORDS FOUND: 7

*** MOS SUMMARY ***

| | | | |
|---|---|---|---|
| MOS NAME : | STATEN,CLAUDE,A | | |
| RANK/TITLE: | POLICE OFFICER MALE | SHIELD: | [redacted] |
| COMMAND: | 46 046 PRECINCT | FIREARMS: | YES |
| DUTY AVAIL: | FULL DUTY | ON SICK REPT: | NOT SICK |
| DUTY STATUS: | ACTIVE | CHRONIC: | NOT CHRONIC |
| STATUS DATE: | 00/00/0000 | | |



NEW YORK CITY POLICE DEPARTMENT

CENTRAL PERSONNEL INDEX

PROMOTION

DATE: 1/3/2012

TIME: 13:25:16

TAX NUMBER : [redacted]

NAME: CLAUDE STATEN

RANK: POLICE OFFICER MALE

COMMAND: (46) 046 PRECINCT

*** EDUCATION SUMMARY ***

| Education | Credits | Date Graduate | College | State | Major | Status |
|---|---|---|---|---|---|---|
| OTHER; SPECIFY IN DETAILS | 90 | | CITY UNIVERSITY OF NEW YORK JOHN JAY COLLEGE OF CRIMINAL JUSTICE | NEW YORK | UNDECLARED MAJOR *** | VERIFIED |

TOTAL EDUCATION RECORDS FOUND : 1

HIGHEST DEGREE EARNED COLLEGE STUDY (ND) CREDITS 90

*** SKILLS SUMMARY ***

| CODE | SKILL |
|---|---|
| 4051 | PATROL WAGON OPERATOR |
| 4060 | BARRIER TRUCK |
| 5032 | CRIMINOLOGY / CRIMINAL JUSTICE |

TOTAL SKILL : 3

*** DEPARTMENT RECOGNITION SUMMARY ***

MEDALS AWARDED:

| | | | |
|---|---|---|---|
| | | DISTINGUISHED SERVICE MEDAL: | 0 |
| EXCELLENT POLICE DUTY: | 6 | COMMENDATION - COMMUNITY SERVICE: | 0 |
| MERITORIOUS POLICE DUTY: | 1 | CIVILIAN COMMENDATION: | 0 |
| COMMENDATION: | 0 | COMMENDATION - INTEGRITY: | 0 |
| EXCEPTIONAL MERIT: | 0 | MERITORIOUS POLICE DUTY - INTEGRITY: | 0 |
| HONORABLE MENTION: | 0 | POLICE COMMISSIONER'S AWARD | 0 |
| MEDAL FOR MERIT/VALOR: | 0 | PURPLE SHIELD AWARD | 0 |
| COMBAT CROSS: | 0 | MERITORIOUS SERVICE AWARD | 0 |
| MEDAL OF HONOR: | 0 | MERITORIOUS SERVICE AWARD - INTEGRITY: | 0 |
| PURPLE SHIELD MEDAL: | 0 | OUTSTANDING SERVICE AWARD: | 0 |

**** ARREST ACTIVITY SUMMARY ****

ARREST INFORMATION FROM 1982:

| ARRESTS: | FELONIES: | VIOLATIONS: | MISDEMEANORS: | INFRACTIONS: | RESIST: | OTHER: |
|---|---|---|---|---|---|---|
| 171 | 67 | 4 | 98 | 2 | 33 | 0 |



# NEW YORK CITY POLICE DEPARTMENT
## CENTRAL PERSONNEL INDEX

DATE: 1/3/2012
TIME: 13:25:16

PROMOTION

TAX NUMBER : [redacted]

NAME: CLAUDE STATEN

RANK: POLICE OFFICER MALE

COMMAND: (46) 046 PRECINCT

*** PERSONNEL HISTORY ******

TAX NUMBER : [redacted]

| EFF DATE | AUTHORITY | COMMAND | LOCATOR | DUTY STATUS | RANK/TITLE | DUTY FUNCTION |
|---|---|---|---|---|---|---|
| //0 | PO02787 | REC TNG | | ACTIVE | POLICE OFFICER MALE | |
| //0 | PO02787 | REC TNG | | ACTIVE | POLICE OFFICER MALE | |
| 12/19/1986 | PO02787 | REC TNG | | ACTIVE | | |
| 07/14/1987 | PO20687 | 069 PCT | | ACTIVE | | |
| 07/20/1987 | PO21987 | 066 PCT | | ACTIVE | POLICE OFFICER MALE | |
| 10/21/1987 | PO31987 | 069 PCT | | ACTIVE | | |
| 05/16/1988 | PO15788 | 060 PCT | | ACTIVE | | |
| 09/12/1988 | PO29088 | 069 PCT | | ACTIVE | | |
| 05/08/1989 | PO14689 | HARBOR | | ACTIVE | | |
| 12/12/1989 | PO39489 | 069 PCT | | ACTIVE | | |
| 01/06/1993 | PO00693 | 046 PCT | | ACTIVE | POLICE OFFICER MALE | |

TOTAL HISTORY RECORDS FOUND : 11

*** MEDICAL HISTORY REPORT ***

| SICK DATE | SICK TIME | RETURN DATE | RETURN TIME | CHR | LOD | OLD LOD | TOUR PLAT |
|---|---|---|---|---|---|---|---|
| 02/26/1987 | 13:00 | 02/28/1987 | 00:35 | | | | 1 - 3 |
| 01/14/1988 | 10:40 | 01/15/1988 | 23:59 | | | | 3 - 3 |
| 08/04/1988 | 15:05 | 08/06/1988 | 02:00 | | | | 1 - 4 |
| 03/15/1989 | 21:35 | 03/17/1989 | 23:59 | | Y | | 3 - 3 |
| 04/30/1989 | 12:30 | 05/01/1989 | 23:59 | | | | 1 - 3 |
| 06/20/1989 | 12:30 | 06/24/1989 | 23:35 | | | | 2 - 3 |
| 08/22/1989 | 14:15 | 08/23/1989 | 23:59 | | | Y | 1 - 3 |
| 11/18/1989 | 11:30 | 11/19/1989 | 23:59 | | | | 2 - 3 |
| 11/21/1989 | 13:20 | 12/01/1989 | 11:15 | A | | | 1 - 3 |
| 03/21/1990 | 02:10 | 03/23/1990 | 16:35 | A | | | 1 - 2 |



NEW YORK CITY POLICE DEPARTMENT
CENTRAL PERSONNEL INDEX
PROMOTION

DATE: 1/3/2012
TIME: 13:25:16

TAX NUMBER : [redacted]

NAME: CLAUDE STATEN

RANK: POLICE OFFICER MALE

COMMAND: (46) 046 PRECINCT

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 05/13/1990 | 03:10 | 05/15/1990 | 23:50 | A | Y | | 3 - 3 |
| 12/08/1990 | 12:40 | 12/10/1990 | 10:30 | | Y | | 5 - 1 |
| 03/22/1991 | 19:45 | 03/24/1991 | 08:00 | | | | 4 - 1 |
| 06/27/1991 | 21:17 | 06/29/1991 | 07:50 | | | | 4 - 1 |
| 08/06/1991 | 05:20 | 08/28/1991 | 07:50 | | Y | | 1 - 1 |
| 12/11/1992 | 22:25 | 12/13/1992 | 08:00 | | | | 4 - 1 |
| 02/07/1993 | 15:00 | 02/08/1993 | 23:35 | | | | 1 - 3 |
| 02/25/1993 | 01:30 | 02/26/1993 | 23:59 | | | | 4 - 2 |
| 03/13/1993 | 12:50 | 03/16/1993 | 23:35 | A | | | 3 - 4 |
| 03/27/1993 | 01:10 | 03/28/1993 | 23:35 | A | Y | | 4 - 3 |
| 04/01/1993 | 15:00 | 04/01/1993 | 23:59 | A | | Y | 2 - 3 |
| 01/24/1994 | 21:24 | 01/26/1994 | 07:50 | A | | | 1 - 1 |
| 03/26/1994 | 00:07 | 04/06/1994 | 07:50 | A | | | 1 - 1 |
| 05/25/1994 | 22:00 | 05/29/1994 | 07:50 | A | Y | | 2 - 1 |
| 09/01/1994 | 22:00 | 09/02/1994 | 07:50 | A | | | 3 - 1 |
| 09/02/1994 | 20:15 | 09/03/1994 | 07:50 | A | | | 4 - 1 |
| 08/25/1995 | 22:59 | 08/26/1995 | 07:50 | | | | 1 - 1 |
| 10/24/1995 | 22:13 | 10/25/1995 | 07:50 | | | | 1 - 1 |
| 10/25/1995 | 21:37 | 10/26/1995 | 07:50 | | | | 3 - 1 |
| 03/25/1996 | 22:55 | 03/26/1996 | 07:50 | | | | 4 - 1 |
| 03/26/1996 | 21:20 | 03/27/1996 | 08:00 | | | | 5 - 1 |
| 04/14/1996 | 23:00 | 04/15/1996 | 07:50 | A | | | 2 - 1 |
| 04/15/1996 | 22:41 | 04/16/1996 | 07:50 | A | | | 4 - 1 |
| 11/10/1996 | 21:06 | 11/11/1996 | 08:00 | | | | 2 - 1 |
| 11/11/1996 | 22:01 | 11/12/1996 | 07:50 | | | | 3 - 1 |
| 03/05/1997 | 21:34 | 03/06/1997 | 07:50 | A | | | 4 - 1 |
| 03/25/1997 | 21:35 | 03/26/1997 | 07:50 | A | | | 2 - 1 |
| 03/26/1997 | 21:30 | 03/27/1997 | 07:50 | A | | | 3 - 1 |
| 06/30/1997 | 21:45 | 07/03/1997 | 07:50 | A | | | 1 - 1 |
| 09/14/1997 | 20:35 | 12/05/1997 | 23:59 | A | Y | | 2 - 1 |
| 12/06/1997 | 21:43 | 12/08/1997 | 08:00 | A | | Y | 3 - 1 |
| 12/20/1997 | 20:15 | 12/21/1997 | 08:00 | A | | | 2 - 1 |
| 12/21/1997 | 20:20 | 12/22/1997 | 08:00 | A | | | 3 - 1 |



NEW YORK CITY POLICE DEPARTMENT
CENTRAL PERSONNEL INDEX
PROMOTION

DATE: 1/3/2012
TIME: 13:25:16

TAX NUMBER : [redacted]

NAME: CLAUDE STATEN
RANK: POLICE OFFICER MALE
COMMAND: (46) 046 PRECINCT

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 07/25/1998 | 21:45 | 07/26/1998 | 08:00 | | | | 1 - 1 |
| 07/26/1998 | 22:48 | 07/27/1998 | 08:00 | | | | 2 - 1 |
| 08/24/1998 | 22:38 | 08/25/1998 | 07:50 | | | | 1 - 1 |
| 08/25/1998 | 23:15 | 08/26/1998 | 07:50 | | | | 2 - 1 |
| 11/22/1998 | 22:00 | 11/23/1998 | 08:00 | A | | | 1 - 2 |
| 11/23/1998 | 21:40 | 11/24/1998 | 08:00 | A | | | 2 - 1 |
| 07/14/1999 | 21:30 | 07/15/1999 | 07:50 | A | | | 1 - 1 |
| 07/15/1999 | 21:34 | 07/16/1999 | 07:50 | A | | | 4 - 1 |
| 02/09/2000 | 21:37 | 02/10/2000 | 07:50 | | | | 3 - 1 |
| 02/10/2000 | 21:35 | 02/11/2000 | 07:50 | | | | 4 - 1 |
| 03/24/2000 | 21:30 | 03/25/2000 | 07:50 | | | | 2 - 1 |
| 03/25/2000 | 22:15 | 03/26/2000 | 07:50 | | | | 3 - 1 |
| 07/16/2000 | 21:05 | 07/17/2000 | 07:50 | | | | 3 - 1 |
| 07/17/2000 | 22:30 | 07/18/2000 | 07:50 | | | | 4 - 1 |
| 07/31/2000 | 22:30 | 08/01/2000 | 07:50 | A | | | 3 - 1 |
| 08/01/2000 | 21:55 | 08/02/2000 | 07:50 | A | | | 4 - 1 |
| 10/20/2000 | 22:11 | 10/24/2000 | 09:15 | A | Y | | 2 - 1 |
| 11/26/2000 | 21:30 | 11/28/2000 | 09:15 | A | | Y | 1 - 1 |
| 02/10/2001 | 03:30 | 06/14/2001 | 07:50 | A | Y | | 1 - 1 |
| 06/24/2001 | 21:50 | 07/06/2001 | 07:50 | A | | | 1 - 1 |
| 08/17/2001 | 18:09 | 08/20/2001 | 07:50 | A | | | 3 - 1 |
| 11/28/2001 | 20:01 | 12/09/2001 | 07:50 | A | Y | | 1 - 3 |
| 12/09/2001 | 20:30 | 12/10/2001 | 07:50 | A | | | 4 - 1 |
| 12/10/2001 | 23:20 | 12/11/2001 | 07:50 | A | | | 5 - 1 |
| 01/16/2002 | 19:10 | 01/25/2002 | 07:50 | A | Y | | 5 - 1 |
| 02/14/2002 | 21:40 | 02/15/2002 | 07:50 | A | | | 4 - 1 |
| 02/15/2002 | 22:40 | 02/16/2002 | 07:50 | A | | | 5 - 1 |
| 03/07/2002 | 21:20 | 03/07/2002 | 07:50 | A | | | 2 - 1 |
| 03/08/2002 | 21:05 | 03/09/2002 | 07:50 | A | | | 2 - 1 |
| 06/26/2002 | 22:06 | 07/01/2002 | 07:50 | A | | Y | 1 - 1 |
| 07/26/2002 | 21:25 | 07/27/2002 | 07:50 | B | | | 2 - 1 |
| 10/18/2002 | 22:45 | 12/31/2002 | 07:50 | B | Y | | 2 - 1 |
| 05/24/2003 | 22:00 | 05/25/2003 | 07:50 | | | | 3 - 1 |



NEW YORK CITY POLICE DEPARTMENT
CENTRAL PERSONNEL INDEX
PROMOTION

DATE: 1/3/2012
TIME: 13:25:16

TAX NUMBER : [redacted]

NAME: CLAUDE STATEN
RANK: POLICE OFFICER MALE
COMMAND: (46) 046 PRECINCT

| | | | | | |
|---|---|---|---|---|---|
| 05/25/2003 | 22:10 | 05/26/2003 | 07:50 | | 4 - 1 |
| 07/14/2003 | 21:40 | 07/15/2003 | 07:50 | | 1 - 1 |
| 07/15/2003 | 21:30 | 07/16/2003 | 07:50 | | 2 - 1 |
| 11/04/2003 | 21:25 | 11/05/2003 | 07:50 | | 2 - 1 |
| 11/05/2003 | 21:13 | 11/06/2003 | 07:50 | | 3 - 1 |
| 05/29/2004 | 23:20 | 06/28/2004 | 07:50 | | 1 - 1 |
| 07/11/2004 | 21:11 | 07/12/2004 | 07:50 | A | 4 - 1 |
| 07/12/2004 | 22:22 | 07/13/2004 | 07:50 | A | 5 - 1 |
| 02/11/2005 | 21:35 | 02/12/2005 | 07:50 | | 2 - 1 |
| 02/12/2005 | 21:47 | 02/13/2005 | 07:50 | | 3 - 1 |
| 06/03/2005 | 22:40 | 06/04/2005 | 07:50 | | 1 - 1 |
| 06/04/2005 | 22:27 | 06/05/2005 | 07:50 | | 2 - 1 |
| 10/24/2005 | 21:27 | 10/25/2005 | 07:50 | | 2 - 1 |
| 10/25/2005 | 20:35 | 10/26/2005 | 07:50 | | 3 - 1 |
| 03/02/2006 | 19:35 | 03/03/2006 | 07:50 | | 3 - 1 |
| 03/03/2006 | 19:20 | 03/04/2006 | 08:00 | | 4 - 1 |
| 06/06/2006 | 20:37 | 06/07/2006 | 07:50 | | 2 - 1 |
| 06/07/2006 | 19:30 | 06/08/2006 | 07:50 | | 3 - 1 |
| 10/29/2006 | 21:26 | 10/30/2006 | 07:50 | | 1 - 1 |
| 10/30/2006 | 22:11 | 10/30/2006 | 07:50 | | 5 - 1 |
| 04/24/2007 | 21:17 | 04/25/2007 | 07:50 | | 1 - 1 |
| 04/25/2007 | 21:51 | 04/26/2007 | 07:50 | | 2 - 1 |
| 06/11/2007 | 21:46 | 06/12/2007 | 07:50 | | 4 - 1 |
| 02/28/2008 | 21:23 | 02/29/2008 | 07:50 | | 1 - 1 |
| 02/29/2008 | 21:05 | 03/01/2008 | 08:00 | | 5 - 1 |
| 08/30/2008 | 20:36 | 09/12/2008 | 07:50 | | 1 - 1 |
| 09/23/2008 | 21:15 | 09/24/2008 | 07:50 | | 2 - 1 |
| 09/24/2008 | 21:41 | 09/25/2008 | 07:50 | | 3 - 1 |
| 03/17/2009 | 20:55 | 03/18/2009 | 07:50 | | 4 - 1 |
| 03/18/2009 | 21:14 | 03/19/2009 | 07:50 | | 5 - 1 |
| 09/02/2009 | 21:52 | 09/03/2009 | 07:50 | | 1 - 1 |
| 09/03/2009 | 21:05 | 09/04/2009 | 07:50 | | 2 - 1 |
| 01/08/2010 | 21:19 | 03/15/2010 | 07:50 | | 1 - 1 |



NEW YORK CITY POLICE DEPARTMENT
CENTRAL PERSONNEL INDEX
PROMOTION

DATE: 1/3/2012
TIME: 13:25:16

TAX NUMBER : [redacted]

NAME: CLAUDE STATEN

RANK: POLICE OFFICER MALE

COMMAND: (46) 046 PRECINCT

| | | | | |
|---|---|---|---|---|
| 04/01/2010 | 21:24 | 04/02/2010 | 07:50 | 2 - 1 |
| 04/02/2010 | 21:36 | 04/03/2010 | 07:50 | 2 - 1 |
| 09/07/2010 | 20:48 | 09/08/2010 | 07:50 | 3 - 1 |
| 09/08/2010 | 21:42 | 09/09/2010 | 07:50 | 4 - 1 |
| 02/09/2011 | 21:23 | 02/10/2011 | 07:50 | 1 - 1 |
| 02/10/2011 | 21:11 | 02/11/2011 | 07:50 | 2 - 1 |

**TOTAL TIMES SICK:** 115