PMU #198/07

## POLICE DEPARTMENT
## CITY OF NEW YORK

February 23, 2007

From:       Commanding Officer, Performance Analysis Section

To:         Commanding Officer, 46th Precinct

Subject:    **LEVEL I – MONITORING REGARDING POLICE OFFICER CLAUDE STATEN, TAX #**

1.  As you are aware, Police Officer Staten was placed in Level I - Command Monitoring after he received three (3) civilian complaints in a twelve-month period.

2.  This member's period of monitoring was scheduled to end on February 3, 2007. However, a thorough review of his CPI, CCRB and disciplinary history revealed that he has continued to engage in troubling behavior while on Level I - Command Monitoring. Therefore, a decision has been made to place him in Level II – Discipline Monitoring. PO Staten's placement in Level II monitoring will allow the closer supervision of his behavior to ensure it conforms to Department expectations.

3.  PO Staten will be monitored for a minimum of eighteen months. Prior to the end of the monitoring period, you will be asked to submit an evaluation recommending continued monitoring, removal from the program, or upgrade to Level III monitoring. This evaluation must be submitted in a timely manner.

4.  The Performance Monitoring Unit must be notified of any actions that could negatively impact this member. In addition, a notification to the Performance Monitoring Unit must be made for transfers and changes of assignment within the command. If you require additional assistance please contact me at (646) 610-5505.

5.  Forwarded for your information.

Donna G. Jones
Deputy Inspector

DGJ/sh

D 000531

<u>2/23/07</u>
Date Submitted to CPI

THE BELOW LISTED MEMBER

| <u>STATEN</u> | <u>CLAUDE</u> | ▮ |
|---|---|---|
| LAST NAME | FIRST NAME | TAX # |

WAS PLACED IN LEVEL II AS OF: <u>FEBRUARY 23, 2007</u>

The entry will be entered into the CPI System as:

> MEMBER PLACED IN LEVEL II _____ DISCIPLINE MONITORING BASED ON MEMBER'S OVERALL RECORD HE/SHE IS _____ PRESENTLY BEING MONITORED BY THE PERSONNEL BUREAU. FOR FURTHER INFORMATION PLEASE CONTACT PERFORMANCE MONITORING UNIT AT: (646) 610-5505.
>
> *MM/DD/YY

COMPUTERIZED FEB 26 2007

DONNA G. JONES
DEPUTY INSPECTOR
PERFORMANCE MONITORING UNIT

D 000532