POLICE DEPARTMENT
CITY OF NEW YORK

Date  March 5, 2007

From:      Chief of Personnel

To:        Claude Staten

Subject:   **NOTIFICATION OF PLACEMENT INTO LEVEL II - DISCIPLINARY MONITORING**

1. This notice is to inform you of your placement in the Level II - Disciplinary Monitoring Program. The reason for your inclusion in this program stems from numerous command disciplines and/or minor violation entries, transfers for cause or placement on modified assignment. Your command was conferred with and concurs with your placement in this program. Placement is effective as of February 23, 2007.

2. A copy of this notification will be placed in your personnel folder at Police Headquarters. Additionally, an entry will be made on your Central Personnel Index indicating your placement in this program. Note that these records are examined whenever applications or recommendations for discretionary benefits are received, including promotion and change of assignment.

3. Your supervisors have been informed of your present status and will closely monitor and evaluate your performance along with the Employee Management Division. The continued accrual of force complaints or negative performance according to Police Department standards while in this system may have a negative impact on your career potential. However, if your overall performance improves, all records indicating your inclusion in this program will be purged.

4. For your **INFORMATION**.

Rafael Pineiro
Chief of Personnel

I have read and understand the foregoing notification.

Name (Print) _CLAUDE STATEN_   Signature: _____

Revised 3/14/05

D 000529