1DC#138-2011-0049

## FIRST ENDORSEMENT

First Deputy Commissioner to Police Commissioner, April 19, 2011. Contents noted. Recommend APPROVAL on the request from the Career Advancement Review Board NOT TO PROMOTE Police Officer Claude Staten, tax # ▮▮▮▮▮ to the rank of Sergeant. However, I disagree with the Board's recommendation that he appear for a second review in six (6) months. I have carefully reviewed Police Officer Staten's poor disciplinary history, excessive sick record and the lack of performance activity, and I recommend that Police Officer Staten appear before the Career Advancement Review Board for a second review in twelve (12) months.   Forwarded for your approval.

Rafael Piñeiro
**FIRST DEPUTY COMMISSIONER**

RP/kpl

APPROVED
APR 2 0 2011
RAYMOND W. KELLY
POLICE COMMISSIONER

D 000135