IDC 138-2012-0007

**FIRST ENDORSEMENT**

First Deputy Commissioner to Police Commissioner, January 25, 2012. Contents noted. Concur with the recommendation of the Career Advancement Review Board **NOT TO PROMOTE** the following members of the service Police Officer Claude Staten, tax # ███████, Police Officer H████ G██████ tax # ███████ and Police Officer K████ R██████, tax# ███████ to the rank of Probationary Sergeant. Forwarded for your approval.

Rafael Piñeiro
**FIRST DEPUTY COMMISSIONER**

APPROVED
JAN 30 2012
RAYMOND W. KELLY
POLICE COMMISSIONER

RP/bav

D 000260