| | | |
|---|---|---|
| **CHRONIC ABSENT NOTIFICATION** PD 433-148 (3-86)-31 | | HSD No. __1028__ Med. Dist. No. __95__ Date: __Oct. 30, 1990__ |

| TO: COMMANDING OFFICER | Command __69 Pct__ |
|---|---|

THE BELOW MEMBER OF THE SERVICE ASSIGNED TO YOUR COMMAND HAS BEEN DESIGNATED "CHRONIC ABSENT" BY THE HEALTH SERVICES DIVISION.

| Rank | Name (Last, First, M.I.) | Tax Reg No. | Social Security No |
|---|---|---|---|
| P.O. | STATEN CLAUDE | | |

The subject member has compiled an excessive sick record during the past twelve (12) months. This member has been absent __5 X A__ times since __4/30/89__ for other than an original line-of-duty injury or hospitalized sick report.

Said member is designated Chronic Absent per provisions of A.G. 318-13. Member will remain in chronic category "A" for six (6) months and in chronic category "B" for nine (9) months from the date of member's return to duty from this sick report provided member is not re-designated chronic during this period.

This member shall be interviewed by the Commanding Officer and informed that his individual sick record is excessive in comparison to the majority of the force. An interview may disclose a serious disorder and underlying problem of which the Health Services Division is unaware.

Information required, or to be brought to the attention of the Health Services Division should be included in a direct written communication. If the designation **CHRONIC ABSENT** is considered by the Commanding Officer as not applicable to the named member, the facts also should be forwarded to the Health Services Division.

Commanding Officer, H.S.D. _____

DISTRIBUTION: 1. WHITE, and 2. BLUE - Commanding Officer of member of the service
(WHITE copy to be endorsed to MOS, BLUE copy filed in member's Personal Folder)
3. PINK - Central Personnel Index 4. BUFF - MOS Medical Folder 5. GREEN - District Surgeon

D_000051

| | | | |
|---|---|---|---|
| **CHRONIC ABSENT NOTIFICATION** PD 433-148 (3-86)-31 |  COMPUTERIZED | HSD No. C-112  Med. Dist. No. 05 | Date: 04-10-93 |

| TO: COMMANDING OFFICER | Command | 046 PCT |
|---|---|---|

THE BELOW MEMBER OF THE SERVICE ASSIGNED TO YOUR COMMAND HAS BEEN DESIGNATED "CHRONIC ABSENT" BY THE HEALTH SERVICES DIVISION:

| Rank PO | Name (Last, First, M.I.) STATEN CLAUDE | Tax Reg. No. | Social Security No. |
|---|---|---|---|

The subject member has compiled an excessive sick record during the past twelve (12) months. This member has been absent **4XA** times since **12-130 92** for other than an original line-of-duty injury or hospitalized sick report.

Said member is designated Chronic Absent per provisions of A.G. 318-13. Member will remain in chronic category "A" for six (6) months and in chronic category "B" for nine (9) months from the date of member's return to duty from this sick report provided member is not re-designated chronic during this period.

This member shall be interviewed by the Commanding Officer and informed that his individual sick record is excessive in comparison to the majority of the force. An interview may disclose a serious disorder and underlying problem of which the Health Services Division is unaware.

Information required, or to be brought to the attention of the Health Services Division should be included in a direct written communication. If the designation **CHRONIC ABSENT** is considered by the Commanding Officer as not applicable to the named member, the facts also should be forwarded to the Health Services Division.

Commanding Officer, H.S.D. _____

DISTRIBUTION: 1. WHITE, and  2. BLUE - Commanding Officer of member of the service
(WHITE copy to be endorsed to MOS,  BLUE copy filed in member's Personal Folder)
3. PINK - Central Personnel Index  4. BUFF - MOS Medical Folder  5. GREEN - District Surgeon

D.000046

| | | | |
|---|---|---|---|
| **CHRONIC ABSENT**<br>**NOTIFICATION**<br>PD 433-148 (3-86)-31 | | HSD No. _197_<br>Med. Dist. No. _05_<br>Date: _05-01-93_ | |

TO: COMMANDING OFFICER    Command: 040 PCT

THE BELOW MEMBER OF THE SERVICE ASSIGNED TO YOUR COMMAND HAS BEEN DESIGNATED "CHRONIC ABSENT" BY THE HEALTH SERVICES DIVISION:

| Rank | Name (Last, First, M.I.) | Tax Reg. No. | Social Security No. |
|---|---|---|---|
| PO | STATEN   CLAUDE | [redacted] | [redacted] |

The subject member has compiled an excessive sick record during the past twelve (12) months. This member has been absent _5XA_ times since _12-13-92_ for other than an original line-of-duty injury or hospitalized sick report.

Said member is designated Chronic Absent per provisions of A.G. 318-13. Member will remain in chronic category "A" for six (6) months and in chronic category "B" for nine (9) months from the date of member's return to duty from this sick report provided member is not re-designated chronic during this period.

This member shall be interviewed by the Commanding Officer and informed that his individual sick record is excessive in comparison to the majority of the force. An interview may disclose a serious disorder and underlying problem of which the Health Services Division is unaware.

Information required, or to be brought to the attention of the Health Services Division should be included in a direct written communication. If the designation **CHRONIC ABSENT** is considered by the Commanding Officer as not applicable to the named member, the facts also should be forwarded to the Health Services Division.

Commanding Officer, H.S.D. _[signature]_

DISTRIBUTION: 1. WHITE, and   2. BLUE - Commanding Officer of member of the service
(WHITE copy to be endorsed to MOS,   BLUE copy filed in member's Personal Folder)
3. PINK - Central Personnel Index   4. BUFF - MOS Medical Folder   5. GREEN - District Surgeon

D.000047

**CHRONIC ABSENT NOTIFICATION**
PD 433-148 (3-86)-31

HSD No. A056
Med. Dist. No. 5
Date: Jan. 26, 1994

TO: COMMANDING OFFICER
Command: 46 Precinct

THE BELOW MEMBER OF THE SERVICE ASSIGNED TO YOUR COMMAND HAS BEEN DESIGNATED "CHRONIC ABSENT" BY THE HEALTH SERVICES DIVISION:

| Rank | Name (Last, First, M.I.) | Tax Reg. No. | Social Security No. |
|---|---|---|---|
| P.O. | STATEN, Claude | [redacted] | [redacted] |

The subject member has compiled an excessive sick record during the past twelve (12) months. This member has been absent ___5___ times since __02/07/93__ for other than an original line-of-duty injury or hospitalized sick report.

Said member is designated Chronic Absent per provisions of A.G. 318-13. Member will remain in chronic category "A" for six (6) months and in chronic category "B" for nine (9) months from the date of member's return to duty from this sick report provided member is not re-designated chronic during this period.

This member shall be interviewed by the Commanding Officer and informed that his individual sick record is excessive in comparison to the majority of the force. An interview may disclose a serious disorder and underlying problem of which the Health Services Division is unaware.

Information required, or to be brought to the attention of the Health Services Division should be included in a direct written communication. If the designation **CHRONIC ABSENT** is considered by the Commanding Officer as not applicable to the named member, the facts also should be forwarded to the Health Services Division.

Commanding Officer, H.S.D. _____

X

DISTRIBUTION: 1. WHITE, and   2. BLUE - Commanding Officer of member of the service
(WHITE copy to be endorsed to MOS,   BLUE copy filed in member's Personal Folder)
3. PINK - Central Personnel Index   4. BUFF - MOS Medical Folder   5. GREEN - District Surgeon

D 000055

| | | |
|---|---|---|
| **CHRONIC ABSENT NOTIFICATION** PD 433-148 (3-86)-31 | | HSD No. **A305** Med. Dist. No. **5** Date: **Mar. 27, 1994** |

| TO: COMMANDING OFFICER | Command **46 PCT** |
|---|---|

THE BELOW MEMBER OF THE SERVICE ASSIGNED TO YOUR COMMAND HAS BEEN DESIGNATED "CHRONIC ABSENT" BY THE HEALTH SERVICES DIVISION:

| Rank | Name (Last, First, M.I.) | Tax Reg. No. | Social Security No. |
|---|---|---|---|
| PO | STATEN, Claude | | |

The subject member has compiled an excessive sick record during the past twelve (12) months. This member has been absent **3** times since **4/1/93** for other than an original line-of-duty injury or hospitalized sick report.

Said member is designated Chronic Absent per provisions of A.G. 318-13. Member will remain in chronic category "A" for six (6) months and in chronic category "B" for nine (9) months from the date of member's return to duty from this sick report provided member is not re-designated chronic during this period.

This member shall be interviewed by the Commanding Officer and informed that his individual sick record is excessive in comparison to the majority of the force. An interview may disclose a serious disorder and underlying problem of which the Health Services Division is unaware.

Information required, or to be brought to the attention of the Health Services Division should be included in a direct written communication. If the designation **CHRONIC ABSENT** is considered by the Commanding Officer as not applicable to the named member, the facts also should be forwarded to the Health Services Division.

Commanding Officer, H.S.D. _[signature]_

X

DISTRIBUTION: 1. WHITE, and   2. BLUE - Commanding Officer of member of the service
(WHITE copy to be endorsed to MOS,   BLUE copy filed in member's Personal Folder)
3. PINK - Central Personnel Index   4. BUFF - MOS Medical Folder   5. GREEN - District Surgeon

D-000037

| **CHRONIC ABSENT NOTIFICATION** PD 433-148 (3-86)-31 | | HSD No. 4362 Med. Dist. No. 05 Date: 4/11/94 |
|---|---|---|

| TO: COMMANDING OFFICER | Command 046-Pct |
|---|---|

THE BELOW MEMBER OF THE SERVICE ASSIGNED TO YOUR COMMAND HAS BEEN DESIGNATED "CHRONIC ABSENT" BY THE HEALTH SERVICES DIVISION:

| Rank | Name (Last, First, M.I.) | Tax Reg. No. | Social Security No. |
|---|---|---|---|
| pO | Staten, Claude A | | |

The subject member has compiled an excessive sick record during the past twelve (12) months.

This member has been absent ____4 X A____ times since __3/16/93__ for other than an original line-of-duty injury or hospitalized sick report.

Said member is designated Chronic Absent per provisions of A.G. 318-13. Member will remain in chronic category "A" for six (6) months and in chronic category "B" for nine (9) months from the date of member's return to duty from this sick report provided member is not re-designated chronic during this period.

This member shall be interviewed by the Commanding Officer and informed that his individual sick record is excessive in comparison to the majority of the force. An interview may disclose a serious disorder and underlying problem of which the Health Services Division is unaware.

Information required, or to be brought to the attention of the Health Services Division should be included in a direct written communication. If the designation **CHRONIC ABSENT** is considered by the Commanding Officer as not applicable to the named member, the facts also should be forwarded to the Health Services Division.

Commanding Officer, H.S.D. _____

X

DISTRIBUTION: 1. WHITE, and   2. BLUE - Commanding Officer of member of the service
(WHITE copy to be endorsed to MOS,   BLUE copy filed in member's Personal Folder)
3. PINK - Central Personnel Index   4. BUFF - MOS Medical Folder   5. GREEN - District Surgeon

D 000054

| CHRONIC ABSENT NOTIFICATION  PD 433-148 (3-86)-31 | COMPUTERIZED | HSD No. ABCD  Med. Dist. No. __  Date: September 2, 1994 |

| TO: | COMMANDING OFFICER | Command | 046 Pct |

THE BELOW MEMBER OF THE SERVICE ASSIGNED TO YOUR COMMAND HAS BEEN DESIGNATED "CHRONIC ABSENT" BY THE HEALTH SERVICES DIVISION:

| Rank | Name (Last, First, M.I.) | Tax Reg. No. | Social Security No. |
|---|---|---|---|
| PO | Staten, Claude A | | |

The subject member has compiled an excessive sick record during the past twelve (12) months. This member has been absent ___4 X AA___ times since ___1-26-94___ for other than an original line-of-duty injury or hospitalized sick report.

Said member is designated Chronic Absent per provisions of A.G. 318-13. Member will remain in chronic category "A" for six (6) months and in chronic category "B" for nine (9) months from the date of member's return to duty from this sick report provided member is not re-designated chronic during this period.

This member shall be interviewed by the Commanding Officer and informed that his individual sick record is excessive in comparison to the majority of the force. An interview may disclose a serious disorder and underlying problem of which the Health Services Division is unaware.

Information required, or to be brought to the attention of the Health Services Division should be included in a direct written communication. If the designation **CHRONIC ABSENT** is considered by the Commanding Officer as not applicable to the named member, the facts also should be forwarded to the Health Services Division.

Commanding Officer, H.S.D. _____

DISTRIBUTION: 1. WHITE, and  2. BLUE - Commanding Officer of member of the service
(WHITE copy to be endorsed to MOS,  BLUE copy filed in member's Personal Folder)
3. PINK - Central Personnel Index   4. BUFF - MOS Medical Folder   5. GREEN - District Surgeon

D 000050

| | | |
|---|---|---|
| **CHRONIC ABSENT NOTIFICATION** PD 433-148 (3-86)-31 | COMPUTERIZED | HSD No. A1002 Med. Dist. No. 05 Date: September 1, 1994 |

TO: COMMANDING OFFICER       Command: 045 Pct

THE BELOW MEMBER OF THE SERVICE ASSIGNED TO YOUR COMMAND HAS BEEN DESIGNATED "CHRONIC ABSENT" BY THE HEALTH SERVICES DIVISION:

| Rank | Name (Last, First, M.I.) | Tax Reg. No. | Social Security No. |
|---|---|---|---|
| PO | Staton, Claude A | | |

The subject member has compiled an excessive sick record during the past twelve (12) months. This member has been absent ___4 X A___ times since ___1/26/94___ for other than an original line-of-duty injury or hospitalized sick report.

Said member is designated Chronic Absent per provisions of A.G. 318-13. Member will remain in chronic category "A" for six (6) months and in chronic category "B" for nine (9) months from the date of member's return to duty from this sick report provided member is not re-designated chronic during this period.

This member shall be interviewed by the Commanding Officer and informed that his individual sick record is excessive in comparison to the majority of the force. An interview may disclose a serious disorder and underlying problem of which the Health Services Division is unaware.

Information required, or to be brought to the attention of the Health Services Division should be included in a direct written communication. If the designation **CHRONIC ABSENT** is considered by the Commanding Officer as not applicable to the named member, the facts also should be forwarded to the Health Services Division.

Commanding Officer, H.S.D. _____

X

DISTRIBUTION: 1. WHITE, and    2. BLUE - Commanding Officer of member of the service
(WHITE copy to be endorsed to MOS,  BLUE copy filed in member's Personal Folder)
3. PINK - Central Personnel Index    4. BUFF - MOS Medical Folder    5. GREEN - District Surgeon

D 000039

| | | |
|---|---|---|
| CHRONIC ABSENT NOTIFICATION PD 433-148 (3-86)-31 | | HSD No. **A428** Med. Dist. No. 08 Date: 4-15-95 |

| | Command |
|---|---|
| TO: COMMANDING OFFICER | 046 PCT. |

THE BELOW MEMBER OF THE SERVICE ASSIGNED TO YOUR COMMAND HAS BEEN DESIGNATED "CHRONIC ABSENT" BY THE HEALTH SERVICES DIVISION:

| Rank | Name (Last, First, M.I.) | | Tax Reg. No. | Social Security No. |
|---|---|---|---|---|
| P.O. | STATEN, CLAUDE | | | |

The subject member has compiled an excessive sick record during the past twelve (12) months.
This member has been absent ___4 X A___ times since ___8-25-95___ for other than an original line-of-duty injury or hospitalized sick report.

Said member is designated Chronic Absent per provisions of A.G. 318-13. Member will remain in chronic category "A" for six (6) months and in chronic category "B" for nine (9) months from the date of member's return to duty from this sick report provided member is not re-designated chronic during this period.

This member shall be interviewed by the Commanding Officer and informed that his individual sick record is excessive in comparison to the majority of the force. An interview may disclose a serious disorder and underlying problem of which the Health Services Division is unaware.

Information required, or to be brought to the attention of the Health Services Division should be included in a direct written communication. If the designation **CHRONIC ABSENT** is considered by the Commanding Officer as not applicable to the named member, the facts also should be forwarded to the Health Services Division.

Commanding Officer, H.S.D. _____

COMPUTERIZED

DISTRIBUTION: 1. WHITE, and   2. BLUE - Commanding Officer of member of the service
(WHITE copy to be endorsed to MOS. BLUE copy filed in member's Personal
3. PINK - Central Personnel Index   4. BUFF - MOS Medical Folder   5. GREEN - District Surgeon

D000053

| | | | |
|---|---|---|---|
| **CHRONIC ABSENT NOTIFICATION** PD 433-148 (3-86)-31 | | HSD No __A398__ Med. Dist. No. __01__ Date: __3-26-97__ | |

| TO: COMMANDING OFFICER | Command | 046 PCT. |
|---|---|---|

THE BELOW MEMBER OF THE SERVICE ASSIGNED TO YOUR COMMAND HAS BEEN DESIGNATED "CHRONIC ABSENT" BY THE HEALTH SERVICES DIVISION:

| Rank | Name (Last, First, M.I.) | Tax Reg. No. | Social Security No. |
|---|---|---|---|
| P.O. | STATEN, CLAUDE | [redacted] | [redacted] |

The subject member has compiled an excessive sick record during the past twelve (12) months. This member has been absent __5 1/2 A__ times since __3-25-96__ for other than an original line-of-duty injury or hospitalized sick report.

Said member is designated Chronic Absent per provisions of A.G. 318-13. Member will remain in chronic category "A" for six (6) months and in chronic category "B" for nine (9) months from the date of member's return to duty from this sick report provided member is not re-designated chronic during this period.

This member shall be interviewed by the Commanding Officer and informed that his individual sick record is excessive in comparison to the majority of the force. An interview may disclose a serious disorder and underlying problem of which the Health Services Division is unaware.

Information required, or to be brought to the attention of the Health Services Division should be included in a direct written communication. If the designation **CHRONIC ABSENT** is considered by the Commanding Officer as not applicable to the named member, the facts also should be forwarded to the Health Services Division.

Commanding Officer, H.S.D. _[signature]_

DISTRIBUTION: 1. WHITE, and   2. BLUE - Commanding Officer of member of the service
              (WHITE copy to be endorsed to MOS,   BLUE copy filed in member's Personal Folder)
              3. PINK - Central Personnel Index    4. BUFF - MOS Medical Folder    5. GREEN - Surgeon

D 000052

| | | |
|---|---|---|
| **CHRONIC ABSENT NOTIFICATION** PD 433-148 (3-86)-31 | | HSD No. A797 Med. Dist. No 04 Date: 7-3-97 |

TO: COMMANDING OFFICER    Command: **046 PCT.**

THE BELOW MEMBER OF THE SERVICE ASSIGNED TO YOUR COMMAND HAS BEEN DESIGNATED "CHRONIC ABSENT" BY THE HEALTH SERVICES DIVISION:

| Rank | Name (Last, First, M.I.) | Tax Reg. No. | Social Security No. |
|---|---|---|---|
| P.O. | STATEN, CLAUDE | ■■■ | ■■■ |

The subject member has compiled an excessive sick record during the past twelve (12) months. This member has been absent **4 X A** times since **11-10-96** for other than an original line-of-duty injury or hospitalized sick report.

Said member is designated Chronic Absent per provisions of A.G. 318-13. Member will remain in chronic category "A" for six (6) months and in chronic category "B" for nine (9) months from the date of member's return to duty from this sick report provided member is not re-designated chronic during this period.

This member shall be interviewed by the Commanding Officer and informed that his individual sick record is excessive in comparison to the majority of the force. An interview may disclose a serious disorder and underlying problem of which the Health Services Division is unaware.

Information required, or to be brought to the attention of the Health Services Division should be included in a direct written communication. If the designation **CHRONIC ABSENT** is considered by the Commanding Officer as not applicable to the named member, the facts also should be forwarded to the Health Services Division.

Commanding Officer, H.S.D. _____

DISTRIBUTION: 1. WHITE, and    2. BLUE - Commanding Officer of member of the service
(WHITE copy to be endorsed to MOS, BLUE copy filed in member's Personal
3. PINK - Central Personnel Index    4. BUFF - MOS Medical Folder    5. GREEN - District Surgeon

D000040

| | | |
|---|---|---|
| **CHRONIC ABSENT NOTIFICATION** PD 433-148 (3-86)-31 | | HSD No. 1542 Med. Dist. No. 04 Date: 12/3#/97 |

TO: COMMANDING OFFICER   Command: 046 PCT

THE BELOW MEMBER OF THE SERVICE ASSIGNED TO YOUR COMMAND HAS BEEN DESIGNATED "CHRONIC ABSENT" BY THE HEALTH SERVICES DIVISION:

| Rank | Name (Last, First, M.I.) | Tax Reg. No. | Social Security No. |
|---|---|---|---|
| PO | STATEN, CLAUDE | | |

The subject member has compiled an excessive sick record during the past twelve (12) months. This member has been absent __4XA__ times since __3/5/97__ for other than an original line-of-duty injury or hospitalized sick report.

Said member is designated Chronic Absent per provisions of A.G. 318-13. Member will remain in chronic category "A" for six (6) months and in chronic category "B" for nine (9) months from the date of member's return to duty from this sick report provided member is not re-designated chronic during this period.

This member shall be interviewed by the Commanding Officer and informed that his individual sick record is excessive in comparison to the majority of the force. An interview may disclose a serious disorder and underlying problem of which the Health Services Division is unaware.

Information required, or to be brought to the attention of the Health Services Division should be included in a direct written communication. If the designation **CHRONIC ABSENT** is considered by the Commanding Officer as not applicable to the named member, the facts also should be forwarded to the Health Services Division.

Commanding Officer, H.S.D. _____

X



DISTRIBUTION: 1. WHITE, and 2. BLUE - Commanding Officer of member of the service (WHITE copy to be endorsed to MOS, BLUE copy filed in member's Personal Folder) 3. PINK - Central Personnel Index 4. BUFF - MOS Medical Folder 5. GREEN - District Surge.

D 000041

| | | |
|---|---|---|
| **CHRONIC ABSENT NOTIFICATION** PD 433-148 (3-86)-31 | HSD No. | A-125 |
| | Med. Dist. No. | 94 |
| | Date: | 11/23/98 |

| TO: COMMANDING OFFICER | Command 46 PRECINCT |
|---|---|

THE BELOW MEMBER OF THE SERVICE ASSIGNED TO YOUR COMMAND HAS BEEN DESIGNATED "CHRONIC ABSENT" BY THE HEALTH SERVICES DIVISION:

| Rank | Name (Last, First, M.I.) | Tax Reg. No. | Social Security No. |
|---|---|---|---|
| PO | STATEN, CLAUDE | | |

The subject member has compiled an excessive sick record during the past twelve (12) months. This member has been absent ____4____ times since ____12/20/97____ for other than an original line-of-duty injury or hospitalized sick report.

Said member is designated Chronic Absent per provisions of A.G. 318-13. Member will remain in chronic category "A" for six (6) months and in chronic category "B" for nine (9) months from the date of member's return to duty from this sick report provided member is not re-designated chronic during this period.

This member shall be interviewed by the Commanding Officer and informed that his individual sick record is excessive in comparison to the majority of the force. An interview may disclose a serious disorder and underlying problem of which the Health Services Division is unaware.

Information required, or to be brought to the attention of the Health Services Division should be included in a direct written communication. If the designation **CHRONIC ABSENT** is considered by the Commanding Officer as not applicable to the named member, the facts also should be forwarded to the Health Services Division.

Commanding Officer, H.S.D. _Inspector Winkley_

X

DISTRIBUTION: 1. WHITE, and  2. BLUE - Commanding Officer of member of the service
(WHITE copy to be endorsed to MOS, BLUE copy filed in member's Personal Folder)
3. PINK - Central Personnel Index  4. BUFF - MOS Medical Folder  5. GREEN - District Surgeon

D 000038

| | | |
|---|---|---|
| **CHRONIC ABSENT NOTIFICATION** PD 433-148 (Rev 3-99)-Pent | | Med. Div. No. A-173 Med. Dist. No. 04 Date: 7/15/99 |

TO: COMMANDING OFFICER | Command: 46 PCT

THE BELOW MEMBER OF THE SERVICE ASSIGNED TO YOUR COMMAND HAS BEEN DESIGNATED "CHRONIC ABSENT" BY THE MEDICAL DIVISION:

| Rank | Name (Last, First, M.I.) | Tax Reg. No. | Social Security No. |
|---|---|---|---|
| PO | STATEN, CLAUDE | | |

The subject member has compiled an excessive sick record during the past twelve (12) months. This member has been absent __4__ times since __7/25/98–7/15/99__ for other than an original line-of-duty injury or hospitalized sick report.

Said member is designated Chronic Absent per provisions of A.G. 318-13. Member will remain in chronic category "A" for six (6) months and in chronic category "B" for nine (9) months from the date of member's return to duty from this sick report provided member is not re-designated chronic during this period.

This member shall be interviewed by the Commanding Officer and informed that his individual sick record is excessive in comparison to the majority of the force. An interview may disclose a serious disorder and underlying problem of which the Medical Division is unaware.

Information required, or to be brought to the attention of the Medical Division should be included in a direct written communication. If the designation **CHRONIC ABSENT** is considered by the Commanding Officer as not applicable to the named member, the facts also should be forwarded to the Medical Division.

Commanding Officer, M.D. _Inspector Werthay_

1st ENDORSEMENT-Commanding Officer, _____ (Command) _____ (Date) _____ To _____ (Rank / Name-Mem. of Service)

This is to inform you that you have been designated as:
CHRONIC ABSENT - CATEGORY (check one) ☒ A   ☐ B

Please be advised that you have a right to appeal to have this Chronic Absent designation removed. You may also be removed from this Chronic Absent designation by not reporting sick for a six (6) month period if Category "A", or for a nine (9) month period if Category "B", as per Administrative Guide Procedure 318-13.

Commanding Officer's Signature _____

_COMPUTERIZED_

DISTRIBUTION: 1. WHITE, and   2. BLUE - Commanding Officer of member of the service
(WHITE copy to be endorsed to MOS,   BLUE copy filed in member's Personnel Folder)
3. PINK - Central Personnel Index   4. BUFF - MOS District Folder

**D 000043**

**CHRONIC ABSENT NOTIFICATION**
PD 433-148 (Rev 3-99)-Pent

Med. Div. No. _____
Med. Dist. No. 04
Date: 1/28/00

TO: COMMANDING OFFICER     Command: 4/ [illegible stamp]

THE BELOW MEMBER OF THE SERVICE ASSIGNED TO YOUR COMMAND HAS BEEN DESIGNATED "CHRONIC ABSENT" BY THE MEDICAL DIVISION:

Rank: PO    Name (Last, First, M.I.): Staten, Claude    Tax Reg. No.: [redacted]    Social Security No.: [redacted]

The subject member has compiled an excessive sick record during the past twelve (12) months. This member has been absent __SYA__ times since __02/09/00__ for other than an original line-of-duty injury or hospitalized sick report.

Said member is designated Chronic Absent per provisions of A.G. 318-13. Member will remain in chronic category "A" for six (6) months and in chronic category "B" for nine (9) months from the date of member's return to duty from this sick report provided member is not re-designated chronic during this period.

This member shall be interviewed by the Commanding Officer and informed that his individual sick record is excessive in comparison to the majority of the force. An interview may disclose a serious disorder and underlying problem of which the Medical Division is unaware.

Information required, or to be brought to the attention of the Medical Division should be included in a direct written communication. If the designation **CHRONIC ABSENT** is considered by the Commanding Officer as not applicable to the named member, the facts also should be forwarded to the Medical Division.

Commanding Officer, M.D. __For Capt Naspretto__

1st ENDORSEMENT-Commanding Officer, _____ (Command) _____ (Date) _____ To _____ (Rank / Name-Mem. of Service)

This is to inform you that you have been designated as:
CHRONIC ABSENT - CATEGORY (check one) ☐ A    ☐ B

Please be advised that you have a right to appeal to have this Chronic Absent designation removed. You may also be removed from this Chronic Absent designation by not reporting sick for a six (6) month period if Category "A", or for a nine (9) month period if Category "B", as per Administrative Guide Procedure 318-13.

Commanding Officer's, Signature _____

DISTRIBUTION: 1. WHITE, and   2. BLUE - Commanding Officer of member of the service
(WHITE copy to be endorsed to MOS, BLUE copy filed in member's Personnel Folder)
3. PINK - Central Personnel Index   4. BUFF - MOS District Folder

D 000042

| | | |
|---|---|---|
| **CHRONIC ABSENT NOTIFICATION** PD 433-148 (Rev. 3-99)-Pent | | Med. Div. No. 3321 <br> Med. Dist. No. 004 <br> Date: 07-06-01 |

TO: COMMANDING OFFICER        Command: 046 PCT

THE BELOW MEMBER OF THE SERVICE ASSIGNED TO YOUR COMMAND HAS BEEN DESIGNATED "CHRONIC ABSENT" BY THE MEDICAL DIVISION:

Rank: PO   Name (Last, First, M.I.): Staten Claude   Tax Reg. No.: [redacted]   Social Security No.: [redacted]

The subject member has compiled an excessive sick record during the past twelve (12) months. This member has been absent __4 x A__ times since __07-16-00__ for other than an original line-of-duty injury or hospitalized sick report.

Said member is designated Chronic Absent per provisions of A.G. 318-13. Member will remain in chronic category "A" for six (6) months and in chronic category "B" for nine (9) months from the date of member's return to duty from this sick report provided member is not re-designated chronic during this period.

This member shall be interviewed by the Commanding Officer and informed that his individual sick record is excessive in comparison to the majority of the force. An interview may disclose a serious disorder and underlying problem of which the Medical Division is unaware.

Information required, or to be brought to the attention of the Medical Division should be included in a direct written communication. If the designation **CHRONIC ABSENT** is considered by the Commanding Officer as not applicable to the named member, the facts also should be forwarded to the Medical Division.

Commanding Officer, M.D. _____

1st ENDORSEMENT-Commanding Officer, _____ (Command) _____ (Date) _____ To _____ (Rank / Name-Mem of Service)

This is to inform you that you have been designated as:
CHRONIC ABSENT - CATEGORY (check one) ☒ A    ☐ B

Please be advised that you have a right to appeal to have this Chronic Absent designation removed. You may also be removed from this Chronic Absent designation by not reporting sick for a six (6) month period if Category "A", or for a nine (9) month period if Category "B", as per Administrative Guide Procedure 318-13.

**COMPUTERIZED**

Commanding Officer's, Signature _____

DISTRIBUTION: 1. WHITE, and   2. BLUE - Commanding Officer of member of the service
(WHITE copy to be endorsed to MOS, BLUE copy filed in member's Personnel Folder)
3. PINK - Central Personnel Index   4. BUFF - MOS District Folder

**D 000036**

| | | |
|---|---|---|
| **CHRONIC ABSENT NOTIFICATION** PD 433-148 (Rev. 3-99)-Pent | Command | Med. Div. No. _____ Med. Dist. No. _____ Date: _____ |

TO: COMMANDING OFFICER

THE BELOW MEMBER OF THE SERVICE ASSIGNED TO YOUR COMMAND HAS BEEN DESIGNATED "CHRONIC ABSENT" BY THE MEDICAL DIVISION:

| Rank | Name (Last, First, M.I.) | Tax Reg. No. | Social Security No. |
|---|---|---|---|
| | | | |

The subject member has compiled an excessive sick record during the past twelve (12) months. This member has been absent _____ times since _____ for other than an original line-of-duty injury or hospitalized sick report.

Said member is designated Chronic Absent per provisions of A.G. 318-13. Member will remain in chronic category "A" for six (6) months and in chronic category "B" for nine (9) months from the date of member's return to duty from this sick report provided member is not re-designated chronic during this period.

This member shall be interviewed by the Commanding Officer and informed that his individual sick record is excessive in comparison to the majority of the force. An interview may disclose a serious disorder and underlying problem of which the Medical Division is unaware.

Information required, or to be brought to the attention of the Medical Division should be included in a direct written communication. If the designation **CHRONIC ABSENT** is considered by the Commanding Officer as not applicable to the named member, the facts also should be forwarded to the Medical Division.

Commanding Officer, M.D. _____

1st ENDORSEMENT-Commanding Officer, _____ (Command) _____ (Date) To _____ (Rank / Name-Mem of Service)

This is to inform you that you have been designated as:
CHRONIC ABSENT - CATEGORY (check one) ☑ A ☐ B

Please be advised that you have a right to appeal to have this Chronic Absent designation removed. You may also be removed from this Chronic Absent designation by not reporting sick for a six (6) month period if Category "A", or for a nine (9) month period if Category "B", as per Administrative Guide Procedure 318-13.

Commanding Officer's Signature _____

COMPUTERIZED

DISTRIBUTION: 1. WHITE, and  2. BLUE - Commanding Officer of member of the service
(WHITE copy to be endorsed to MOS, BLUE copy filed in member's Personnel Folder)
3. PINK - Central Personnel Index  4. BUFF - MOS District Folder

D 000045

| | | | Med. Div. No. |
|---|---|---|---|
| | **CHRONIC ABSENT** | | Med. Dist. No. |
| | **NOTIFICATION** | | |
| | PD 433-148 (Rev. 3-99)-Perit | Command | Date: |

TO: COMMANDING OFFICER

THE BELOW MEMBER OF THE SERVICE ASSIGNED TO YOUR COMMAND HAS BEEN DESIGNATED "CHRONIC ABSENT" BY THE MEDICAL DIVISION:

| Rank | Name (Last, First, M.I.) | Tax Reg. No. | Social Security No. |
|---|---|---|---|
| | | | |

The subject member has compiled an excessive sick record during the past twelve (12) months. This member has been absent _____ times since _____ for other than an original line-of-duty injury or hospitalized sick report.

Said member is designated Chronic Absent per provisions of A.G. 318-13. Member will remain in chronic category "A" for six (6) months and in chronic category "B" for nine (9) months from the date of member's return to duty from this sick report provided member is not re-designated chronic during this period.

This member shall be interviewed by the Commanding Officer and informed that his individual sick record is excessive in comparison to the majority of the force. An interview may disclose a serious disorder and underlying problem of which the Medical Division is unaware.

Information required, or to be brought to the attention of the Medical Division should be included in a direct written communication. If the designation **CHRONIC ABSENT** is considered by the Commanding Officer as not applicable to the named member, the facts also should be forwarded to the Medical Division.

Commanding Officer, M.D. _____

---

1st ENDORSEMENT-Commanding Officer, _____ To _____
                                    (Command)    (Date)     (Rank / Name-Mem. of Service)

This is to inform you that you have been designated as:
CHRONIC ABSENT - CATEGORY (check one) ☐ A    ☐ B

Please be advised that you have a right to appeal to have this Chronic Absent designation removed. You may also be removed from this Chronic Absent designation by not reporting sick for a six (6) month period if Category "A", or for a nine (9) month period if Category "B", as per Administrative Guide Procedure 318-13.

Commanding Officer's, Signature _____

DISTRIBUTION: 1. WHITE, and    2. BLUE - Commanding Officer of member of the service
              (WHITE copy to be endorsed to MOS, BLUE copy filed in member's Personnel Folder)
              3. PINK - Central Personnel Index    4. BUFF - MOS District Folder

D 000048

| | |
|---|---|
| **CHRONIC ABSENT NOTIFICATION**  PD 433-148 (Rev. 3-99)-Pent | Med. Div. No. _____  Med. Dist. No. _____  Date: _27_ - _01_ - _02_ |

Command: 04 6 ct

TO: COMMANDING OFFICER

THE BELOW MEMBER OF THE SERVICE ASSIGNED TO YOUR COMMAND HAS BEEN DESIGNATED "CHRONIC ABSENT" BY THE MEDICAL DIVISION:

| Rank | Name (Last, First, M.I.) | Tax Reg. No. | Social Security No. |
|---|---|---|---|
| PO | Toten, Claude | [redacted] | [redacted] |

The subject member has compiled an excessive sick record during the past twelve (12) months. This member has been absent __4 X A__ times since __12-04-01__ for other than an original line-of-duty injury or hospitalized sick report.

Said member is designated Chronic Absent per provisions of A.G. 318-13. Member will remain in chronic category "A" for six (6) months and in chronic category "B" for nine (9) months from the date of member's return to duty from this sick report provided member is not re-designated chronic during this period.

This member shall be interviewed by the Commanding Officer and informed that his individual sick record is excessive in comparison to the majority of the force. An interview may disclose a serious disorder and underlying problem of which the Medical Division is unaware.

Information required, or to be brought to the attention of the Medical Division should be included in a direct written communication. If the designation **CHRONIC ABSENT** is considered by the Commanding Officer as not applicable to the named member, the facts also should be forwarded to the Medical Division.

(Cadet Avary's)

Commanding Officer, M.D.  ___Insp. Faranda___

1st ENDORSEMENT-Commanding Officer, _____ (Command) _____ (Date) _____ To _____ (Rank / Name-Mom of Service)

This is to inform you that you have been designated as:
CHRONIC ABSENT - CATEGORY (check one) ☒ A   ☐ B

Please be advised that you have a right to appeal to have this Chronic Absent designation removed. You may also be removed from this Chronic Absent designation by not reporting sick for a six (6) month period if Category "A", or for a nine (9) month period if Category "B", as per Administrative Guide Procedure 318-13.

Commanding Officer's, Signature _____

DISTRIBUTION:  1. WHITE, and   2. BLUE - Commanding Officer of member of the service
(WHITE copy to be endorsed to MOS,  BLUE copy filed in member's Personnel Folder)
3. PINK - Central Personnel Index   4. BUFF - MOS District Folder

D 000049

**CHRONIC ABSENT NOTIFICATION**
PD 433-148 (Rev. 3-99)-Pent

Med. Div. No. 1077
Med. Dist. No. SMD
Date: 07-27-02

Command: 046 pct

TO: COMMANDING OFFICER

THE BELOW MEMBER OF THE SERVICE ASSIGNED TO YOUR COMMAND HAS BEEN DESIGNATED "CHRONIC ABSENT" BY THE MEDICAL DIVISION:

Rank: PO
Name (Last, First, M.I.): Stater Claude
Tax Reg. No.: [redacted]
Social Security No.: [redacted]

The subject member has compiled an excessive sick record during the past twelve (12) months. This member has been absent 6 X B. times since 08-17-01 for other than an original line-of-duty injury or hospitalized sick report.

Said member is designated Chronic Absent per provisions of A.G. 318-13. Member will remain in chronic category "A" for six (6) months and in chronic category "B" for nine (9) months from the date of member's return to duty from this sick report provided member is not re-designated chronic during this period.

This member shall be interviewed by the Commanding Officer and informed that his individual sick record is excessive in comparison to the majority of the force. An interview may disclose a serious disorder and underlying problem of which the Medical Division is unaware.

Information required, or to be brought to the attention of the Medical Division should be included in a direct written communication. If the designation **CHRONIC ABSENT** is considered by the Commanding Officer as not applicable to the named member, the facts also should be forwarded to the Medical Division.

Commanding Officer, M.D. _Paa chek_  Cpt Holloran

1st ENDORSEMENT-Commanding Officer, _____ (Command) _____ (Date) To _____ (Rank / Name-Mem. of Service)

This is to inform you that you have been designated as:
CHRONIC ABSENT - CATEGORY (check one) ☐ A  ☒ B

Please be advised that you have a right to appeal to have this Chronic Absent designation removed. You may also be removed from this Chronic Absent designation by not reporting sick for a six (6) month period if Category "A", or for a nine (9) month period if Category "B", as per Administrative Guide Procedure 318-13.

COMPUTERIZED

Commanding Officer's Signature _____

DISTRIBUTION: 1. WHITE, and  2. BLUE - Commanding Officer of member of the service
(WHITE copy to be endorsed to MOS, BLUE copy filed in member's Personnel Folder)
3. PINK - Central Personnel Index  4. BUFF - MOS District Folder

D 000044