# PATROL GUIDE



| Section: Personnel Matters | | Procedure No: 205-45 | |
|---|---|---|---|
| **CHRONIC ABSENCE CONTROL PROGRAM** | | | |
| DATE ISSUED: 08/01/13 | DATE EFFECTIVE: 08/01/13 | REVISION NUMBER: | PAGE: 1 of 3 |

**PURPOSE**  To curtail abuse of sick leave privileges.

**DEFINITIONS**  CHRONIC SICK - CATEGORY "A" - A uniformed member of the service who reports sick for any reason, EXCEPT an initial line of duty absence OR for hospitalization at any time, four or more times within a twelve month period.

CHRONIC SICK - CATEGORY "B" - A uniformed member of the service who reports sick for any reason, EXCEPT initial line of duty OR for hospitalization at any time, six or more times within a twelve month period; OR
For any reason EXCEPT an initial line of duty absence or for hospitalization at any time, four or more times within a twelve month period and loses forty or more workdays (not calendar days).

**SCOPE**  Outpatient service such as ambulatory surgery is not considered hospitalization for the purpose of this procedure.

**PROCEDURE**  When a uniformed member of the service is initially designated "CHRONIC ABSENT":

**COMMANDING OFFICER, MEDICAL DIVISION**
1. Notify member's commanding officer, in writing, by forwarding appropriate copies of **CHRONIC ABSENT NOTIFICATION (PD433-148)**.

**COMMANDING OFFICER**
2. Notify member of such designation, by delivering original copy (white) of **CHRONIC ABSENT NOTIFICATION,** after completing first endorsement.
3. Indicate notification on member's **ABSENCE AND TARDINESS RECORD (PD433-145).**
4. Advise member that such designation will remain in effect according to the following classification:
   a. CATEGORY "A" - for six months from date of return to duty following last absence.
   b. CATEGORY "B" - for nine months from date of return to duty following last absence.

*NOTE*  *Subsequent sick reports, EXCLUDING initial line of duty or hospitalization, during the six or nine month period will extend the designation period accordingly UNLESS such designation is revoked on appeal.*

**NEW • YORK • CITY • POLICE • DEPARTMENT**

# PATROL GUIDE

| PROCEDURE NUMBER: | DATE EFFECTIVE: | REVISION NUMBER: | PAGE: |
|---|---|---|---|
| 205-45 | 08/01/13 | | 2 of 3 |

<u>WHEN A MEMBER WISHES TO APPEAL A CHRONIC SICK DESIGNATION</u>

**MEMBER CONCERNED**
5. Prepare report, in DUPLICATE, on **Typed Letterhead**, addressed to the Commanding Officer, Medical Division, within thirty days of chronic absent designation, indicating the reason(s) for objection to designation.
6. Present report to commanding officer for review and recommendation.

**COMMANDING OFFICER**
7. Review report and forward, with endorsement, to Commanding Officer, Medical Division.
   a. Include recommendation and reason(s) in support or denial of appeal.

**COMMANDING OFFICER, MEDICAL DIVISION**
8. Confer with Chief Surgeon and district surgeon concerned.
9. APPROVE/DISAPPROVE appeal.
10. Forward DISAPPROVED appeal to Chief of Personnel for final determination.
11. Notify commanding officer of member concerned of results of appeal.

**COMMANDING OFFICER**
12. Inform member concerned of final determination.

*ADDITIONAL DATA*

*The following restrictions shall apply to members designated Category "B":*
   *a. Not eligible for Administrative Return*
   *b. Assignment to Special Medical District, regardless of residence and existing medical district.*
   *c. Not permitted to leave residence without the express permission of the Special Medical District Surgeon. Members violating this procedure will be subject to Charges and Specifications, not Command Discipline.*

*Category "B" members who report sick and indicate an inability to travel, or who fail to report to the Special Medical District when scheduled, will be visited by a supervising officer of the Medical Division. Member will then be transported to the Special Medical District (if able to travel).* **CHARGES AND SPECIFICATIONS (PD468-121***) will be prepared by a ranking officer from the Medical Division if Special Medical District Surgeon determines that:*
   *a. the sick member was able to travel to the Special Medical District, OR*
   *b. the member displays no objective evidence of illness or injury claimed.*

*Category "B" members found fit for duty after examination by the Special Medical District Surgeon and who report sick again for the SAME reason prior to their next scheduled tour of duty, may be suspended from duty without pay if upon subsequent examination by a surgeon, no objective findings of such illness or injury are found.* ***CHARGES AND SPECIFICATIONS*** *will be prepared by the Commanding Officer, Medical Division.*

# NEW • YORK • CITY • POLICE • DEPARTMENT

# PATROL GUIDE

| PROCEDURE NUMBER: | DATE EFFECTIVE: | REVISION NUMBER: | PAGE: |
|---|---|---|---|
| 205-45 | 08/01/13 | | 3 of 3 |

***ADDITIONAL*** *A FINEST message will be transmitted daily listing those members reporting sick within*
***DATA*** *the previous twenty-four hours and specifically identifying those who will report to the*
***(continued)*** *Special Medical District instead of their own district surgeon. Members concerned will*
*be notified by their commanding officer.*

*Granting of applications or recommendations for discretionary benefits, including promotion, extra compensation, designation, heightened assignments, off-duty employment and scholarships will be discretionary while a member is Chronic Absent, Category "A" or "B". No discretionary benefits and privileges will be denied solely because a member is Chronic Absent, Categories "A" or "B".*

***RELATED*** *Reporting Sick (P.G. 205-01)*
***PROCEDURES***

***FORMS &*** ***ABSENCE AND TARDINESS RECORD (PD433-145)***
***REPORTS*** ***CHARGES AND SPECIFICATIONS (PD468-121)***
***CHRONIC ABSENT NOTIFICATION (PD433-148)***

**NEW • YORK • CITY • POLICE • DEPARTMENT**